1  FRED G. MEIS, ESQ., STATE BAR NO. 030712
   JOSEPH JAMES POPPEN, ESQ., STATE BAR NO. 239282
2  TABATHA YIN, ESQ., STATE BAR NO. 246197
   ABIGAIL M. MORRIS, ESQ., STATE BAR NO. 223278
3  MEIS & ASSOCIATES
   100 Bush Street, Suite 1800
4  San Francisco, CA 94104-3920
   Telephone: (415) 981-4612
5  Facsimile: (415) 398-5060
   Email: fredgmeis@hotmail.com

Attorneys for Plaintiff MICHAEL GALATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT

C 07 4035 BZ

| | |
|---|---|
| MICHAEL GALATI, | Case No. |
| Plaintiff, | |
| v. | |
| COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT; GREG MUNKS individually and in his official capacities as sheriff for the COUNTY OF SAN MATEO; DON HORSLEY individually and in his former official capacities as sheriff for the COUNTY OF SAN MATEO; SALVADOR ZUNO individually and in his official capacities as a sheriff's deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as a sheriff's deputy for the COUNTY OF SAN MATEO and DOES 1 to 100 Inclusive, | **DISCLOSURE OF INTERESTED ENTITIES OR PERSONS**<br><br>**JURY TRIAL DEMANDED** |
| Defendants. | |

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.
3
4
5  DATED: August 6, 2007                    MEIS & ASSOCIATES
6
7                                           BY: _____
8                                           FRED G. MEIS, Esq.
                                             Attorneys for Plaintiff
9                                            MICHAEL GALATI