| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE | FOR COURT USE ONLY |
|---|---|---|
| Meis & Associates<br>Fred G. Meis, Esq., (SBN 030712)<br>100 Bush Street, #1800<br>San Francisco, CA 94104 | (415) 981-46~~ | FILED<br>07 SEP 10 PM 3:39<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR *(Name)*: Plaintiff MICHAEL GALATI | Ref No or File No | |

Insert name of court, judicial district or branch court, if any:

United States District Court - Northern District
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF:

MICHAEL GALATI

DEFENDANT:

COUNTY OF SAN MATEO; et al.

CASE NUMBER
C 07 4035 BZ

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons in a Civil Case; Complaint for Damages; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders for All Judges of the Northern District of California; Disclosure of Interested Entities or Persons; Notice of Assignment of Case to a United States Magistrate Judge for Trial; ECF Registration Information Handout; U.S. District Court Welcome Package**

ON: **COUNTY OF SAN MATEO c/o BOARD OF SUPERVISORS**

AT: **400 County Center, 1st Floor**
    **Redwood City, CA 94063**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

**Jack Yaco, Authorized to Accept on Behalf of the County of San Mateo**

ON: **09/05/2007**
AT: **01:58 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 85.00
    County: **San Francisco**
    Registration No.: **0000847-00**
    **Careful Attorney Service**
    **453 Bryant St.**
    **San Francisco, CA 94107**
    **(415) 864-8014**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 5, 2007.

Signature: _____
Paul Conrad

## PROOF OF SERVICE

Order#: 992790/GProof39

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE | FOR COURT USE ONLY |
|---|---|---|
| Meis & Associates<br>Fred G. Meis, Esq., (SBN 030712)<br>100 Bush Street, #1800<br>San Francisco, CA 94104 | (415) 981-46## | FILED<br>07 SEP 10 PM 3:40<br>RICHARD W. ...<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name):  Plaintiff MICHAEL GALATI | | |
| Insert name of court, judicial district or branch court, if any: | | |
| United States District Court - Northern District<br>450 GOLDEN GATE #1111<br>SAN FRANCISCO, CA 94102 | | |

PLAINTIFF:
MICHAEL GALATI

DEFENDANT:
COUNTY OF SAN MATEO; et al.

CASE NUMBER
C 07 4035 BZ

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons in a Civil Case; Complaint for Damages; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders for All Judges of the Northern District of California; Disclosure of Interested Entities or Persons; Notice of Assignment of Case to a United States Magistrate Judge for Trial; ECF Registration Information Handout; U.S. District Court Welcome Package**

ON: **SAN MATEO COUNTY SHERIFF'S DEPARTMENT**

AT: **400 County Center, 3rd Floor**
    **Redwood City, CA 94063**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

**Carolyn Thomas, Authorized to Accept on Behalf of San Mateo County Sheriffs**

ON: **09/05/2007**
AT: **02:06 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 85.00
    County: **San Francisco**
    Registration No.: **0000847-00**
    **Careful Attorney Service**
    **453 Bryant St.**
    **San Francisco, CA 94107**
    **(415) 864-8014**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 5, 2007

Signature: _____
                Paul Conrad

## PROOF OF SERVICE

Order#: 992790/GProof39

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE | FOR COURT USE ONLY |
|---|---|---|
| Meis & Associates<br>Fred G. Meis, Esq., (SBN 030712)<br>100 Bush Street, #1800<br>San Francisco, CA 94104 | (415) 981-46■ | FILED<br>07 SEP 10 PM 3:40 |
| ATTORNEY FOR (Name): Plaintiff MICHAEL GALATI | Ref No or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court - Northern District
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF:

MICHAEL GALATI

DEFENDANT:

COUNTY OF SAN MATEO; et al.

CASE NUMBER
C 07 4035 BZ

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons in a Civil Case; Complaint for Damages; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders for All Judges of the Northern District of California; Disclosure of Interested Entities or Persons; Notice of Assignment of Case to a United States Magistrate Judge for Trial; ECF Registration Information Handout; U.S. District Court Welcome Package**

ON: **GREG MUNKS c/o SAN MATEO COUNTY SHERIFF'S DEPARTMENT**

AT: **400 County Center, 3rd Floor**
**Redwood City, CA 94063**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

**Carolyn Thomas, Authorized to Accept on Behalf of San Mateo County Sheriffs**

ON: **09/05/2007**
AT: **2:06 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **25.00**
County: **San Francisco**
Registration No.: **0000847-00**
**Careful Attorney Service**
**453 Bryant St.**
**San Francisco, CA 94107**
**(415) 864-8014**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 5, 2007

Signature: _____

Paul Conrad

## PROOF OF SERVICE

Order# 992790/GProof39

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE | FOR COURT USE ONLY |
|---|---|---|
| Meis & Associates<br>Fred G. Meis, Esq., (SBN 030712)<br>100 Bush Street, #1800<br>San Francisco, CA  94104 | (415) 981-46__ | |
| ATTORNEY FOR (Name):    Plaintiff MICHAEL GALATI | Ref No or File No | FILED<br>07 SEP 10 PM 3:40<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court - Northern District<br>450 GOLDEN GATE #1111<br>SAN FRANCISCO, CA  94102 | | |
| PLAINTIFF<br>MICHAEL GALATI | | |
| DEFENDANT:<br>COUNTY OF SAN MATEO; et al. | | |

CASE NUMBER
C 07 4035 BZ

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons in a Civil Case; Complaint for Damages; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders for All Judges of the Northern District of California; Disclosure of Interested Entities or Persons; Notice of Assignment of Case to a United States Magistrate Judge for Trial; ECF Registration Information Handout; U.S. District Court Welcome Package**

ON: **SALVADOR ZUNO c/o SAN MATEO COUNTY SHERIFF'S DEPARTMENT**

AT: **400 County Center, 3rd Floor**
**Redwood City, CA 94063**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

**Carolyn Thomas, Authorized to Accept on Behalf of San Mateo County Sheriffs**

ON: **09/05/2007**
AT: **02:06 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **25.00**
County: **San Francisco**
Registration No.: **0000847-00**
**Careful Attorney Service**
**453 Bryant St.**
**San Francisco, CA 94107**
**(415) 864-8014**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 5, 2007.

Signature: _____
Paul Conrad

## PROOF OF SERVICE

Order#: 992790/GProof39

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address)*<br>Meis & Associates<br>Fred G. Meis, Esq., (SBN 030712)<br>100 Bush Street, #1800<br>San Francisco, CA 94104 | **TELEPHONE**<br>(415) 981-4612 | **FOR COURT USE ONLY**<br><br>FILED<br>07 SEP 10 PM 3:40<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| **ATTORNEY FOR** *(Name)*: Plaintiff MICHAEL GALATI | Ref. No. or File No. | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court - Northern District<br>450 GOLDEN GATE #1111<br>SAN FRANCISCO, CA 94102 | | |

PLAINTIFF
MICHAEL GALATI

DEFENDANT:
COUNTY OF SAN MATEO; et al.

**CASE NUMBER**
C 07 4035 BZ

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons in a Civil Case; Complaint for Damages; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders for All Judges of the Northern District of California; Disclosure of Interested Entities or Persons; Notice of Assignment of Case to a United States Magistrate Judge for Trial; ECF Registration Information Handout; U.S. District Court Welcome Package**

ON: **VICTOR LOPEZ c/o SAN MATEO COUNTY SHERIFF'S DEPARTMENT**

AT: **400 County Center, 3rd Floor**
**Redwood City, CA 94063**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:

**Carolyn Thomas, Authorized to Accept on Behalf of San Mateo County Sheriffs**

ON: **09/05/2007**
AT: **02:06 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **25.00**
County: **San Francisco**
Registration No.: **0000847-00**
**Careful Attorney Service**
**453 Bryant St.**
**San Francisco, CA 94107**
**(415) 864-8014**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **September 5, 2007**.

Signature: _____
Paul Conrad

## PROOF OF SERVICE

Order#: 992790/GProof39