1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Eugene Whitlock, Deputy (SBN 237797)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4989
4  Facsimile:  (650) 363-4034
   E-mail: ewhitlock@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO, GREG MUNKS, DON
   HORSLEY, SALVADOR ZUNO and VICTOR
7  LOPEZ

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | MICHAEL GALATI,                                  | Case No. C – 07-4035 BZ
13 |           Plaintiffs,                            | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
14 |     vs.                                          |
15 | COUNTY OF SAN MATEO; SAN MATEO
   | COUNTY SHERIFF'S DEPARTMENT, GREG
16 | MUNKS individually and in his official capacities as
   | Sheriff for the COUNTY OF SAN MATEO, DON
17 | HORSLEY individually and in his former official
   | capacities as Sheriff of the COUNTY OF SAN
18 | MATEO; SALVADOR ZUNO, individually and in
   | his official capacities as a Sheriff's Deputy for the
19 | COUNTY OF SAN MATEO; VICTOR LOPEZ
   | individually and in his official capacities as Sheriff's
20 | Deputy for the COUNTY OF SAN MATEO and
   | DOES 1 to 100, inclusive.
21
   |           Defendants.
22

23

24         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

25         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

26 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

27 proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

28 //

   Case No. C – 07-4035 BZ
   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

1  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

2

3  Dated: October 25, 2007                                   MICHAEL P. MURPHY, COUNTY COUNSEL

4

5                                                             By:_____/s/_____.
6                                                                   Eugene Whitlock, Deputy

7                                                             Attorneys for Defendants
   COUNTY OF SAN MATEO, GREG MUNKS,
8  DON HORSLEY, SALVADOR ZUNO and
   VICTOR LOPEZ

9

10 L:\LITIGATE\G_CASES\Galati\Pleadings\Consent to Proceed Before Magistrate Judge.doc

Case No. C – 07-4035 BZ                    2
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE