Fred G. Meis, Esq. (SBN: 030712)
Abigail M. Morris, Esq. (SBN: 223278)
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA 94104
(415) 981-4612

Attorneys for Plaintiff
MICHAEL GALATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GALATI

      Plaintiff(s),

v.

COUNTY OF SAN MATEO, ET AL.

      Defendant(s).

No. C 07-4035 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/13/07

Signature _____

Counsel for Plaintiff MICHAEL GALATI
(Plaintiff, Defendant, or indicate "pro se")