United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Galati,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>County of San Mateo,<br><br>                    Defendant(s). | 07-04035 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **G. Scott Emblidge**
> Moscone, Emblidge & Quadra LLP
> Mills Tower, Suite 2100
> 220 Montgomery St.
> San Francisco, CA 94104
> 415-362-3599

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04035 CW MED                             - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: December 17, 2007

```
                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Alice M. Fiel


                                        _____
                                        ADR Case Administrator
                                        415-522-3148
                                        Alice_Fiel@cand.uscourts.gov
```

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04035 CW MED                         - 2 -