MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4989
Facsimile: (650) 363-4034
E-mail: ewhitlock@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO and VICTOR LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALATI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT, GREG MUNKS individually and in his official capacities as Sheriff for the COUNTY OF SAN MATEO, DON HORSLEY individually and in his former official capacities as Sheriff of the COUNTY OF SAN MATEO; SALVADOR ZUNO, individually and in his official capacities as a Sheriff's Deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as Sheriff's Deputy for the COUNTY OF SAN MATEO and DOES 1 to 100, inclusive.<br><br>Defendants. | Case No. CV 07-04035 CW<br><br>**DECLARATION OF TOM MERSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Tom Merson, declare:

1. I am the Risk Manager for the County of San Mateo Jail, Maguire Correctional facility.

2. I have reviewed the records of the jail for Michael Galati relating to his July 11, 2006 arrest and subsequent detention. A true and copy of excerpts from these records is attached hereto as Exhibit A.

Case No. CV 07-04035 CW

DECLARATION OF TOM MERSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1

2   I declare under penalty of perjury under the laws of the State of California that the foregoing is

3   true and correct.

4

5   Dated: January 17, 2008

6

By: _____
7   Tom Merson

8

9   L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Banks.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 07-04035 CW           2
DECLARATION OF TOM MERSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

# SAN MATEO SHERIFF'S OFFICE
## CORRECTIONAL HEALTH SERVICES

(revised 03/23/04)

☒ SOBERING CELL LOG  ☐ RESTRAINT LOG  ☐ SAFETY CELL LOG

### MCF STAFF

- Inmate's Name: Galati, Michael D. | Id#: 27915 | Cell#: Sober
- Placement Date: 07-11-06 | Time: 1520 | Staff Name: Howard | Badge#: 835
- Restraint used: ☒ Yes ☐ No | Type: Handcuffs/Flexcuffs | Time: @ Intake/1525
- Medical advised: ☒ Yes ☐ No | Time: 1520 | Date: 07-11-06 | By: M. Howard
- Full name of medical staff advised: Dwight Marquez RN
- Mental Health advised: ☒ Yes ☐ No | Time: 1532 | By whom: M. Howard
- Intake Sergeant/name: Kuykendall | Watch Commander/name: C. Gonzalez

### MEDICAL

- Nurse who assessed subject: Dwight Marquez RN | Time: 1525
- Medically evaluated for retention in Safety Cell: Stable ☒ Yes ☐ No — *If "No," discuss concerns with custody and document in the Medical Record.*
- Medically evaluated for retention in restraints: Stable ☒ Yes ☐ No
- Mental Health evaluation ☐ Yes ☒ No | Time: | FMHS Staff:

### MEDICAL EVALUATION RESTRAINT LOG

| Date/Time | 7/11/06 (1525) | 7/11/06 1625 | 7/11/06 1735 | 1825 | |
|---|---|---|---|---|---|
| Orientation | Agitated; Awake/Oriented/Cooperative/Calm/Arousable/Asleep | Agitated | Agitated | Agitated | |
| Skin | Warm, Diaphoretic | Warm | Warm | Warm, Dry | |
| Pulses | Radial R/L, Pedal R/L, Pos.Tib R/L | | | | |
| S/M | Hands R/L, Feet R/L | | | | |
| Vital Signs | T, P, R, BP | P: uncooperative | uncooperative | P: 88 | |
| Position | standing | standing | standing | standing | |
| Food and/or Fluids (Amt) | Ø | uncooperative | uncooperative | uncooperative | |
| Nurse's Signature | Dwight Marquez RN | GH | GH | GH | |

Observations: Safety Cell, Restraints, Sobering Cell – **Custody Staff**: Check minimum of 2 times in 30 minutes. **Medical Staff**: Check Safety Cells, Restraints, Sobering Cells every hour. Offer fluids a minimum of every 2 hours.

### REMOVED FROM ☐ Safety Cell ☒ Sobering Cell
- Date: 7/11/06 | Time: 2015 | Medical Notified ☒ Yes ☐ No
- By whom: Moody | Badge# 840
- Nurse: Bill Taylor

### REMOVED FROM RESTRAINTS
- Date: 7-11-06 | Time: 1930 | Medical Notified ☒ Yes ☐ No
- By Whom: Moody | Badge# 840
- Nurse: [illegible]

Duty Sergeant [signature]   Watch Commander [signature]

GALATI 0038

## San Mateo County Sheriff's Office
## Detention Division



☒ Special Housing
☐ Report of Inmate Action
☐ Administrative Action
☒ Informational Report
☐ Strip Search

| DATE | TIME |
|---|---|
| 7/10/2006 | 1722 |

FACILITY: MCF
REPORTING DEPUTY: M.Howard #835
APPROVED BY:

PRINT OR USE TYPEWRITER TO FILL IN THIS FORM

On July 11, 2006 at approximately 1510 hours, C/O McKague was telephoned by County Dispatch that a Sheriff's Transit Police unit was en route to MCF with a combative subject. Upon arrival in the sally port, the Transit Deputies were met by a group of intake deputies, including; Howard, Swinney, Bovell, Rosenmiller, Campos and McDuffie. Sgt. Kuykendall supervised the intake process and videotaped the following events for documentation purposes.

I contacted GALATI (Inmate #279515), who was handcuffed behind his back and seat-belted in the right/rear seat of a marked Expedition patrol vehicle. I noted GALATI was highly agitated and aggressive and refused to comply with simple instructions. Deputy Swinney and I escorted GALATI into Search 1 to facilitate intake and processing. GALATI continued to be aggressive, uncooperative and belligerent and it was clear he would pose a threat to facility staff if unrestrained. GALATI refused to remain seated in the search cell and was then moved to Sobering 1, where he was placed in a prone position on the floor, without injury. I removed the handcuffs and replaced them with plastic flex-cuffs while GALATI was restrained by assisting Deputies. Nurse Marquez attempted to interview GALATI while he was being held prone on the floor for his own safety. Nurse Marquez was unable to complete the medical screening or determine if GALATI had any medical problems, conditions or existing illness due to GALATI refusing to answer questions. GALATI began ranting and yelling. The flex-cuffs were examined by Nurse Marquez and GALATI was left in the Sobering Cell for close observation. An observation log was initiated and I notified Karina in FMH of GALATI's condition and observation status in Sobering #1.

ON 07/11/06, AT APPROXIMATELY 1930 HOURS, C/O BUSINGER #109 AND DEPUTY MOODY #840 REMOVED THE FLEX CUFFS. NURSE ERIC HERNANDEZ WAS NOTIFIED.

ON 07/11/06, AT APPROXIMATELY 2015 HOURS, DEPUTY MOODY REMOVE INMATE GALATI FROM SOBERING CELL #1. GALATI COMPLETED THE BOOKING PROCESS WITHOUT INCIDENT.

INMATE GALATI WAS MEDICALLY CLEAR AND DEPUTY MOODY PLACED HIM INTO HOLDING CELL #3.

Lt D Catmun 61  7-12-06

Page 2 of 2

GALATI 0039

# San Mateo County Sheriff's Office
## Detention Division

- ☒ Special Housing
- ☐ Report of Inmate Action
- ☐ Administrative Action
- ☒ Informational Report
- ☐ Strip Search

**DATE:** 7/11/2006  **TIME:** 1520
**FACILITY:** MCF
**REPORTING DEPUTY:** M. Howard #835
**APPROVED BY:** [signature]

PRINT OR USE TYPEWRITER TO FILL IN THIS FORM

**INMATE NAME:** Galati, Michael D.
**SEX:** Male
**SMSO ID.#:** 279515
**CLASSIFICATION STATUS:** WJ3

**BOOKING CHARGES:** 148(a)(1), 243(b) 245(a)(1), 422 369(i) PC
**MEDICAL PROBLEMS?** No
**MED. STAFF ADVISED? (NAME):** Yes/ Marquez

### Special Housing

| CELL # | PLACED BY DEPUTY | DATE & TIME |
|---|---|---|
| Sobering 1 | Bovell #115, Howard #835 | 07-11-2006, 1525 |

| CELL # | REMOVED BY DEPUTY | DATE & TIME |
|---|---|---|
| SOBERING 1 | MOODY #840 | 07-11-2006 @ 2015 |

### Restraint Gear

**RESTRAINT GEAR USED:** Handcuffs (at intake), flex-cuffs

**PLACED BY DEPUTY:** Swinney #778, Bovell #115, Rosenmiller #32 and Howard #835
**DATE & TIME:** 07-11-06, 1525

**REMOVED BY DEPUTY:** MOODY #840, BUSINGER #708
**DATE & TIME:** 07-11-06 @ 1930 HRS

### Inmate Welfare Checks

| DEPUTY / BADGE # | DATE & TIME | DEPUTY / BADGE # | DATE & TIME |
|---|---|---|---|
| See observation log | | | |
| | | | |
| | | | |
| | | | |

### Strip Search

**REASON / PURPOSE OF SEARCH:**
**SEARCH CONDUCTED BY DEPUTY / BADGE #:**  **DATE & TIME:**
**SEARCH WITNESSES BY DEPUTY /BADGE #:**  **SEX:** Male
**RESULTS OF SEARCH:**

### Report of Inmate Action

☐ **MINOR Infraction**
**RECOMMENDED DISCIPLINE:**

☐ **MAJOR Infraction**

You are accused of conduct in a San Mateo County Jail Facility which constitutes a MAJOR violation. If found guilty, the recommended punishment for this infraction is: LISTED ABOVE

**AVAILABLE GOOD/WORK TIME:** ___

☐ I do not contest the facts of the allegation. I accept the penalty and waive further hearing.

☐ I do request a hearing before the Disciplinary Review Board.

I have been supplied with an Infraction Review Board Information sheet and I understand my rights to a hearing and the procedure for

**SIGNATURE OF INMATE:**
**SIGNATURE OF WITNESS:**

REFER TO PAGE 2

| BOARD MEMBER | DATE | BOARD MEMBER | DATE | BOARD MEMBER | DATE |
|---|---|---|---|---|---|
| | | | | | |

**COMMENTS:**

**FACILITY COMMANDER APPROVAL:** Lt. Tatman 66
**DATE:** 7-12-06

Page 1 of 2

GALATI 0040

# OBSERVATION LOG

Inmate's Name: GALATI, MICHAEL  SMSO ID # 279575

| Date | Time | Awake | Asleep | Comments/Observations (Document exercise to legs/arms if in restraints) | Sanitation Offered | Amount Fluids/food | Staff Signatures Medical | Staff Signatures Custody |
|---|---|---|---|---|---|---|---|---|
| 1-06 | 1520 | ✓ | | Placed in Sober #1 | | | OK | 835 |
| | 1525 | ✓ | | Handcuffs removed / Flexcuffs applied | | | | 835 |
| | 1536 | ✓ | | Walking around / yelling | | | | 835 |
| | 1540 | ✓ | | Standing | | | | 835 |
| | 1550 | ✓ | | Standing / Walking around | | | | 835 |
| | 1610 | ✓ | | Leaning on wall | | | | 835 |
| | 1615 | ✓ | | Standing / Leaning on wall | | | | 935 |
| | 1625 | ✓ | | PACING. OFFERED WATER. HE DECLINED | | | ay | C115 |
| | 1635 | ✓ | | PACING | | | | C115 |
| | 1640 | ✓ | | Walking in circle | | | | 835 |
| | 1651 | ✓ | | WALKING IN CIRCLE | | | | C115 |
| | 1703 | ✓ | | pacing his cell | | | al | |
| | 1708 | ✓ | | pacing / yelling | | | | 835 |
| | 1721 | X | | PACING / OFFERED WATER. HE DECLINED | | | | C115 |
| | 1740 | X | | Walking in circles | | | | 835 |
| | 1765 | X | | WALKING IN CIRCLES + YELLING | | | | 840 |
| | 1812 | ✓ | | WALKING AROUND | | | | 1090 |
| | 1825 | X | | YELLING WALKING IN CIRCLES / RESTRAINTS CKED | | | | 840 |
| | 1835 | X | | YELLING THROUGH THE DOOR | | | | 840 |
| | 1841 | X | | " " " | | | | |
| | 1858 | X | | | | | | |
| | 1910 | X | | STANDING YELLING | | | | 1090 |
| | 1925 | ✓ | | STANDING + YELLING | | | | 840 |
| | 1930 | X | | TALKING TO DEPUTY MOODY, WALKING AROUND | | | | 1090 |
| | 1931 | X | | FLEXCUFFS REMOVED | | | att | 1090 |
| | 1935 | X | | standing + pacing cell | | e | G | |
| | 1955 | X | | sitting on ground | | | | C108 |
| | 1940 | | | IA Affairs - Review conf in SOP/O | | | | 870 |
| | 2010 | X | | Talk w/ ME, Quiet + Respectful | | | | 840 |
| | 2015 | X | | REMOVED FROM SOBERING ONE + COMPLETED BOOKING | | | | 840 |

Supervisor: _____

GALATI 0041