1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Eugene Whitlock, Deputy (SBN 237797)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4989
4  Facsimile: (650) 363-4034
   E-mail: ewhitlock@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO, GREG MUNKS, DON
   HORSLEY, SALVADOR ZUNO and VICTOR
7  LOPEZ

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 | MICHAEL GALATI,                          | Case No. CV 07-04035 CW
13 |              Plaintiffs,                  | **DECLARATION OF EUGENE WHITLOCK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
14 |     vs.
15 | COUNTY OF SAN MATEO; SAN MATEO
   | COUNTY SHERIFF'S DEPARTMENT, GREG
16 | MUNKS individually and in his official capacities as
   | Sheriff for the COUNTY OF SAN MATEO, DON
17 | HORSLEY individually and in his former official
   | capacities as Sheriff of the COUNTY OF SAN
18 | MATEO; SALVADOR ZUNO, individually and in
   | his official capacities as a Sheriff's Deputy for the
19 | COUNTY OF SAN MATEO; VICTOR LOPEZ
   | individually and in his official capacities as Sheriff's
20 | Deputy for the COUNTY OF SAN MATEO and
   | DOES 1 to 100, inclusive.
21
22 |              Defendants.

23

24         I, EUGENE WHITLOCK, declare:

25         1.      I am employed as a Deputy County Counsel with the County of San Mateo and represent
       the Defendants in this matter.
26
27         2.      Attached hereto is a true and correct copy of the San Mateo County Superior Court docket
       sheet (known as CJIS) for Plaintiff Michael Galati in connection with his July 11, 2006 arrest. *See*
28

1  Exhibit A.

2      3.    Attached hereto is a true and correct copy of the transcript of the August 3, 2006 hearing

3  at which Plaintiff Galati pleaded guilty to disturbing the peace. *See* Exhibit B.

4      4.    Attached hereto is a true and correct copy of the Incident Report prepared by the San

5  Mateo County Sheriff's Office in connection with the July 11, 2006 arrest of Plaintiff Galati.  See Exhibit

6  C.

7      I declare under penalty of perjury under the laws of the State of California that the foregoing is

8  true and correct.

9

10 Dated:  January 17, 2008

11

12                                                  By: _____

13                                                       Eugene Whitlock

14 L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Gallo.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

```
*****************************************************************
MORE DATA PENDING                                         PAGE   1
CASE: NF359160 A  DEF: GALATI, MICHAEL DANIEL
     EVENT CODE:          START DATE:          SEQUENCE: NORMAL
*****************************************************************
  DATE   SEQ CODE  ................EVENT DESCRIPTION...................
07/13/06 005 FDCJR AFFIDAVIT OF COSTS FOR CRIMINAL JUSTICE ADMINISTRATION
                   FEE, RECEIVED.
         005 SHRES CASE SHIFTED FROM HEARING ON 07/13/2006 AT  1:30 P.M. IN
                   DEPARTMENT IC OF SUPERIOR COURT NORTHERN BRANCH TO
                   HEARING ON 07/13/2006 AT  1:30 P.M. IN DEPARTMENT 12 OF
                   SUPERIOR COURT SOUTHERN BRANCH.
         005 HHELD HEARING HELD ON 07/13/06 AT 1:30 P.M. IN SUPERIOR COURT
                   SOUTHERN BRANCH, D- 12. HON. H J ELLIS-SUPERIOR CT,
                   JUDGE, PRESIDING. CLERK: KRISTY NELSON. REPORTER: JENELL
                   MULLANE. CLERK2: MARTIN KING.  DEPUTY D.A. SERRATO.
                   DEFENSE COUNSEL PRESENT: NONE.
         010 HHFAR FELONY ARRAIGNMENT
         015 APWOC DEFENDANT APPEARED WITHOUT COUNSEL.
         020 ARWVE FURTHER ARRAIGNMENT AND ADVISE OF RIGHTS WAIVED.
         025 RAACR DEFENDANT ARRAIGNED AND ADVISED OF THE FOLLOWING RIGHTS:
NEXT FUNCTION: _____ CURR FUNCTION: CTDSP   ID: J24147-J241471   PF1=HELP
```

*************************************************************
MORE DATA PENDING                                      PAGE   2
CASE: NF359160 A   DEF: GALATI, MICHAEL DANIEL
      EVENT CODE:           START DATE:          SEQUENCE: NORMAL
*************************************************************
  DATE    SEQ CODE   ................EVENT DESCRIPTION....................
07/13/06 025        TO THE VARIOUS PLEAS AVAILABLE; TO A SPEEDY PUBLIC TRIAL
                    FROM THE DATE OF ARRAIGNMENT, WITHIN 30 DAYS IF IN
                    CUSTODY, WITHIN 45 DAYS IF NOT IN CUSTODY, OTHERWISE,
                    THE MATTER MUST BE DISMISSED; TO THE AID OF THE COURT TO
                    SUBPOENA AND PRODUCE WITNESSES ON OWN BEHALF, TO
                    CONFRONT AND EXAMINE ADVERSE WITNESSES; TO A TRIAL BY
                    JURY; IF CONVICTED, TO BE SENTENCED NOT SOONER THAN 6
                    HOURS NOR LATER THAN 5 DAYS OR WITHIN 20 COURT DAYS IF
                    REFERRED TO PROBATION OFFICE; TO THE AID OF AN ATTORNEY
                    AT ALL STAGES OF THE PROCEEDINGS; THAT THE COURT WILL
                    APPOINT AN ATTORNEY IF DEFENDANT IS UNABLE TO EMPLOY
                    OWN; TO A REASONABLE LENGTH OF TIME TO CONSULT AN
                    ATTORNEY; DEFENDANT ADVISED, IF NOT A CITIZEN, THAT
                    CONVICTION OF THE OFFENSE WITH WHICH HE HAS BEEN CHARGED
                    MAY RESULT IN DEPORTATION, EXCLUSION OR ADMISSION TO THE
NEXT FUNCTION: _____ CURR FUNCTION: CTDSP   ID: J24147-J241471   PF1=HELP

********************************************************************************
MORE DATA PENDING                                                        PAGE    3
CASE: NF359160 A   DEF: GALATI, MICHAEL DANIEL
      EVENT CODE:            START DATE:            SEQUENCE: NORMAL
********************************************************************************
   DATE    SEQ CODE   ................EVENT DESCRIPTION....................
07/13/06 025         UNITED STATES, OR DENIAL OR NATURALIZATION PURSUANT TO
                     THE LAWS OF THE UNITED STATES.
         030 PAAPT   APPOINT PRIVATE DEFENDER.  DEFENDANT ADVISED THAT UPON
                     CONCLUSION OF THE CASE THE COURT MAY CONDUCT A HEARING
                     TO DETERMINE THE DEFENDANT'S THEN ABILITY TO PAY FOR ALL
                     OR ANY PART OF APPOINTED COUNSEL AND THAT DEFENDANT MAY
                     BE ORDERED TO PAY ALL OR THAT PART OF SAID COSTS WITHIN
                     DEFENDANT'S ABILITY TO PAY.
         035 PDREV   THE COURT WILL MAKE A DETERMINATION OF YOUR ABILITY TO
                     PAY ALL OR A PORTION OF THE COST OF THE ATTORNEY. IF THE
                     COURT DETERMINES THAT YOU HAVE THE FINANCIAL ABILITY TO
                     PAY ALL OR SOME OF THOSE COSTS, THE COURT WILL MAKE AN
                     ORDER THAT YOU REIMBURSE THE COUNTY TO THE EXTENT AND IN
                     THE MANNER THAT THE COURT FINDS REASONABLE. AN ORDER TO
                     REIMBURSE THE COUNTY FOR COURT-APPOINTED COUNSEL FEES
NEXT FUNCTION: _____ CURR FUNCTION: CTDSP    ID: J24147-J241471   PF1=HELP

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
MORE DATA PENDING                                                      PAGE    4
CASE: NF359160 A   DEF: GALATI, MICHAEL DANIEL
     EVENT CODE:            START DATE:            SEQUENCE: NORMAL
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
   DATE    SEQ CODE    .................EVENT DESCRIPTION....................
07/13/06 035         WILL HAVE THE SAME FORCE AND EFFECT AS A JUDGMENT IN A
                     CIVIL ACTION AND SHALL BE SUBJECT TO EXECUTION. BEFORE
                     THE COURT MAKES SUCH AN ORDER, YOU ARE ENTITLED TO
                     REQUEST AND HAVE A HEARING ON THE QUESTION OF WHETHER OR
                     NOT YOU HAVE THE FINANCIAL ABILITY TO PAY SOME OR ALL OF
                     THE COURT-APPOINTED COUNSEL FEE. YOU HAVE THE RIGHT TO
                     BE HEARD IN PERSON, PRESENT WITNESSES AND OTHER
                     DOCUMENTARY EVIDENCE, TO CONFRONT AND CROSS EXAMINE
                     ADVERSE WITNESSES, HAVE THE EVIDENCE AGAINST YOU
                     DISCLOSED TO YOU AND A WRITTEN STATEMENT OF THE FINDINGS
                     OF THE COURT. IF YOU DO NOT REQUEST SUCH A HEARING, YOU
                     WILL BE GIVING UP YOUR RIGHT TO SUCH A HEARING. IF AN
                     ATTORNEY IS APPOINTED TO REPRESENT YOU, YOU WILL BE
                     ORDERED TO APPEAR BEFORE THE REVENUE SERVICES MANAGER AT
                     THE CONCLUSION OF YOUR CASE FOR A DETERMINATION OF YOUR
NEXT FUNCTION: _____   CURR FUNCTION: CTDSP    ID: J24147-J241471   PF1=HELP

****************************************************************
MORE DATA PENDING                                           PAGE   5
CASE: NF359160 A   DEF: GALATI, MICHAEL DANIEL
     EVENT CODE:          START DATE:          SEQUENCE: NORMAL
****************************************************************
  DATE   SEQ CODE   ................EVENT DESCRIPTION....................
07/13/06 035       ABILITY TO PAY THE COST OF LEGAL ASSISTANCE PROVIDED.
                   SHOULD YOU FAIL TO APPEAR BEFORE THE REVENUE SERVICES
                   MANAGER AS ORDERED, S/HE WILL REPORT SUCH FAILURE AND
                   RECOMMEND THAT THE COURT ORDER PAYMENT OF THE FULL COST
                   OF THE LEGAL ASSISTANCE PROVIDED.
        040 PLEDA  DEFENDANT ENTERED A PLEA OF NOT GUILTY TO ALL COUNTS.
        045 WTIMB  TIME NOT WAIVED BY DEFENDANT / COUNSEL.
        050 RAWPC  DEFENDANT WAIVES THE RIGHT TO A HEARING FOR PROBABLE
                   CAUSE FOR THE ARREST.
        055 APCUS  DEFENDANT IN CUSTODY ON THIS CASE.
        060 BBSET  BAIL SET AT $50,000.00.
        065 SHOTB  CASE CONTINUED TO 07/25/2006 AT 2:00 P.M. IN SOUTH SAN
                   FRANCISCO IN DEPT. PH FOR PRELIMINARY HEARING..
        070 MIENT  ENTERED BY M.KING ON 07/13/2006.
07/24/06 005 SHRES CASE SHIFTED FROM HEARING ON 07/25/2006 AT  2:00 P.M. IN
NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24147-J241471   PF1=HELP

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
MORE DATA PENDING                                                           PAGE    6
CASE: NF359160 A   DEF: GALATI, MICHAEL DANIEL
     EVENT CODE:              START DATE:             SEQUENCE: NORMAL
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
  DATE    SEQ CODE   ................EVENT DESCRIPTION.....................
07/24/06 005       DEPARTMENT PH OF SUPERIOR COURT NORTHERN BRANCH TO
                   HEARING ON 07/25/2006 AT  2:00 P.M. IN DEPARTMENT 11 OF
                   SUPERIOR COURT NORTHERN BRANCH.
07/25/06 005 HHELD HEARING HELD ON 07/25/06 AT 2:00 P.M. IN SUPERIOR COURT
                   NORTHERN BRANCH, D- 11. HON. JOHN L GRANDSAERT, JUDGE,
                   PRESIDING. CLERK: SARAI GOULART. REPORTER: MICHAEL
                   SHINTAKU. CLERK2: NONE.  DEPUTY D.A. RAFFANTI.  DEFENSE
                   COUNSEL PRESENT: JOHNSTON.
         010 HHPRL PRELIMINARY HEARING
         015 APWAT DEFENDANT APPEARED WITH ATTORNEY JOHNSTON.
         020 CDFAC COUNT 1 DISMISSED ON MOTION OF THE PROSECUTION.   REASON
                   FOR DISMISSAL OR DISCHARGE: I.E..
         025 CDEEC SPECIAL ALLEGATIONS, AS ALLEGED IN COUNT 1 ALLEGATION 1,
                   ARE STRICKEN.
         030 MOTFB MOTION OF DEFENSE FOR DEFENDANT TO BE RELEASE ON O.R. IS
NEXT FUNCTION: _____   CURR FUNCTION: CTDSP    ID: J24147-J241471   PF1=HELP

************************************************************************
MORE DATA PENDING                                                      PAGE    7
CASE: NF359160 A   DEF: GALATI, MICHAEL DANIEL
    EVENT CODE:            START DATE:              SEQUENCE: NORMAL
************************************************************************
   DATE    SEQ CODE   ...............EVENT DESCRIPTION...................
07/25/06 030       DENIED.
         035 WTIMB TIME NOT WAIVED BY DEFENDANT / COUNSEL.
         040 APCUS DEFENDANT IN CUSTODY ON THIS CASE.
         045 BBBRD BAILED REDUCED TO $5,000.00.
         050 SHOTA CASE CONTINUED TO 08/03/2006 AT 8:30 A.M. IN REDWOOD
                   CITY IN DEPT. PT FOR PRETRIAL CONFERENCE..
         055 SHOTB CASE CONTINUED TO 08/07/2006 AT 9:00 A.M. IN SOUTH SAN
                   FRANCISCO IN DEPT. JT FOR JURY TRIAL..
         060 MIENT ENTERED BY S.GOULART ON 07/25/2006.
08/02/06 005 SHRES CASE SHIFTED FROM HEARING ON 08/03/2006 AT  8:30 A.M. IN
                   DEPARTMENT PT OF SUPERIOR COURT SOUTHERN BRANCH TO
                   HEARING ON 08/03/2006 AT  8:30 A.M. IN DEPARTMENT 19 OF
                   SUPERIOR COURT SOUTHERN BRANCH.
         005 BBBBP $5,000.00 BAIL BOND NUMBER LG5-430599 POSTED ON
                   07/31/2006 BY LINCOLN GENERAL SURETY COMPANY ALADDIN
NEXT FUNCTION: _____ CURR FUNCTION: CTDSP    ID: J24147-J241471    PF1=HELP

*****************************************************************
MORE DATA PENDING                                                PAGE    8
CASE: NF359160 A   DEF: GALATI, MICHAEL DANIEL
      EVENT CODE:              START DATE:           SEQUENCE: NORMAL
*****************************************************************
  DATE    SEQ CODE   ................EVENT DESCRIPTION....................
08/02/06 005        BAIL BOND COMPANY FOR DEFENDANT APPEARANCE ON 08/03/2006
                    AT 8:30 A.M..
         010 OTHER  BAIL BOND FILED IN CASE FILE
08/03/06 005 HHELD  HEARING HELD ON 08/03/06 AT 8:30 A.M. IN SUPERIOR COURT
                    SOUTHERN BRANCH, D- 19. HON. CREATAN FOR MCKENNA, COURT
                    COMMISSIONER, PRESIDING. CLERK: BIANCA NEDELCU.
                    REPORTER: SONIA KOLOKOURIS. CLERK2: ALEXANDRA FINNEY.
                    DEPUTY D.A. FLYNN.   DEFENSE COUNSEL PRESENT: JOHNSTON.
         010 HHPTC  PRE TRIAL CONFERENCE
         015 APWAT  DEFENDANT APPEARED WITH ATTORNEY JOHNSTON.
         020 AMCDF  COMPLAINT AMENDED ORALLY.
         025 AMABD  COMPLAINT AMENDED TO ADD COUNT 5 : INFRACTION, VIOLATION
                    OF PC 415(2), ON MOTION OF THE PROSECUTION.
         030 WRAAB  ARRAIGNMENT WAIVED ON THE AMENDED COMPLAINT.
         035 PLPLD  DEFENDANT ENTERED A PLEA OF GUILTY TO COUNT 5 IN AMENDED
NEXT FUNCTION: _____   CURR FUNCTION: CTDSP    ID: J24147-J241471   PF1=HELP

*****************************************************************
MORE DATA PENDING                                          PAGE   9
CASE: NF359160 A   DEF: GALATI, MICHAEL DANIEL
     EVENT CODE:            START DATE:           SEQUENCE: NORMAL
*****************************************************************
  DATE   SEQ CODE   ................EVENT DESCRIPTION....................
08/03/06 035       COMPLAINT.
         040 FDWOR DEFENDANT IS ADVISED OF, UNDERSTANDS, AND KNOWINGLY AND
                   VOLUNTARILY WAIVES ALL THE FOLLOWING RIGHTS:  WAIVES THE
                   RIGHT TO COUNSEL; TO TRIAL BY JURY; TO CONFRONT AND
                   CROSS-EXAMINE ADVERSE WITNESSES; THE PRIVILEGE AGAINST
                   SELF-INCRIMINATION.  THE COURT FINDS THAT THE DEFENDANT
                   UNDERSTANDS THE NATURE OF THE CHARGES, THE ELEMENTS OF
                   THE OFFENSE, THE DEFENSE THERETO, THE CONSEQUENCES OF
                   PLEAS AND THE RANGE OF PENALTIES THERETO.  WAIVER OF
                   RIGHTS SIGNED.
         045 CDFAD COUNT 2 DISMISSED ON MOTION OF THE PROSECUTION.   REASON
                   FOR DISMISSAL OR DISCHARGE: NEGOTIATED PLEA.
         050 CDFAD COUNT 3 DISMISSED ON MOTION OF THE PROSECUTION.   REASON
                   FOR DISMISSAL OR DISCHARGE: NEGOTIATED PLEA.
         055 CDFAD COUNT 4 DISMISSED ON MOTION OF THE PROSECUTION.   REASON
NEXT FUNCTION: _____   CURR FUNCTION: CTDSP   ID: J24147-J241471   PF1=HELP

*************************************************************************
MORE DATA PENDING                                                PAGE  10
CASE: NF359160 A  DEF: GALATI, MICHAEL DANIEL
      EVENT CODE:            START DATE:            SEQUENCE: NORMAL
*************************************************************************
   DATE     SEQ CODE  ................EVENT DESCRIPTION....................
08/03/06 055      FOR DISMISSAL OR DISCHARGE: NEGOTIATED PLEA.
         060 WTSTB TIME WAIVED FOR SENTENCING.
         065 ARWFS DEFENDANT WAIVES FORMAL ARRAIGNMENT FOR SENTENCING.
         070 MIVJT JURY TRIAL SET ON 08/07/2006 AT 9:00 A.M. ORDERED
                   VACATED.
         075 SEPFX TOTAL FINE AMOUNT PAYABLE, INCLUDING ALL ASSESSMENTS, IS
                   $282.00.
         080 SERET DEFENDANT ORDERED TO PAY $33.00 TO STATE RESTITUTION
                   FUND.  THIS PAYMENT  IS  A CONDITION OF PROBATION
         085 SECTT DEFENDANT GIVEN CREDIT, FOR TIME SPENT IN CUSTODY, OF
                   $300.00 TOWARDS BALANCE OF FINE.
         090 SEFED COURT SECURITY SURCHARGE FEE OF $20.00 ORDERED PAID.
         095 SEPRS DEFENDANT TO PAY FINE AND ASSESSMENTS THROUGH REVENUE
                   SERVICES.
         100 SESEG DEFENDANT GRANTED A STAY TO PAY FINE ON OR BEFORE
NEXT FUNCTION: _____  CURR FUNCTION: CTDSP   ID: J24147-J241471   PF1=HELP

Case 4:07-cv-04035-CW   Document 24   Filed 01/17/2008   Page 14 of 35

```
*********************************************************************
MORE DATA PENDING                                            PAGE  11
CASE: NF359160 A   DEF: GALATI, MICHAEL DANIEL
      EVENT CODE:          START DATE:          SEQUENCE: NORMAL
*********************************************************************
  DATE    SEQ CODE  ................EVENT DESCRIPTION..................
08/03/06 100         09/05/2006.
         105 SECAF DEFENDANT REFERRED TO REVENUE SERVICES FOR REIMBURSEMENT
                   FOR COURT APPOINTED FEES PER 987.8 PC. DEFENDANT TO
                   REPORT TO REVENUE SERVICES TODAY.
         110 MIASE ALL SENTENCE ELEMENTS FOR THIS PROCEEDING ENTERED.
         115 MIENT ENTERED BY AF ON 08/03/2006.
         005 MISEN FILE SENT TO CLEARING DESK
08/07/06 005 MIRFL FILE RETURNED TO CLERK'S OFFICE.
08/08/06 005 BBEXD BAIL BOND NUMBER LG5-430599 FOR $5,000.00 EXONERATED.
08/10/06 005 FDCII CII FORWARDED TO ARRESTING AGENCY.
         010 CJFNI CJAF NOT IMPOSED.
09/11/06 005 MIPIF FINE PAID IN FULL THROUGH REVENUE SERVICES.
         005 MIPPB PARTIAL PAYMENT THROUGH REVENUE SERVICES OF $53.00
                   REMAINING BALANCE IS $.00.
09/15/06 005 MISEN FILE SENT TO JUDGE LIVERMORE
NEXT FUNCTION: _____ CURR FUNCTION: CTDSP   ID: J24147-J241471   PF1=HELP
```

*******************************************************************
END OF DATA                                           PAGE  12
CASE: NF359160 A  DEF: GALATI, MICHAEL DANIEL
       EVENT CODE:         START DATE:         SEQUENCE: NORMAL
*******************************************************************
 DATE    SEQ CODE  .................EVENT DESCRIPTION....................
09/25/06 005 MIRFL FILE RETURNED TO CLERK'S OFFICE.
         010 FDPJA PETITION AND JUDGEMENT, APPOINTED ATTORNEY FEES PURSUANT
                   TO PC 987.8/987.81 FILED.
         015 FDJCA GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, ADJUDGED AND
                   DECREED THAT PLAINTIFF, COUNTY OF SAN MATEO, HAVE
                   JUDGMENT AGAINST DEFENDANT HEREIN IN THE SUM OF $515.00.


NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24147-J241471   PF1=HELP

# EXHIBIT B

COPY

1        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2           IN AND FOR THE COUNTY OF SAN MATEO

3

4  THE PEOPLE OF THE STATE OF CALIFORNIA,   )

5                    Plaintiff,     )

6  vs.                         )  No. NF359160

7  MICHAEL DANIEL GALATI,           )

8                  Defendant.     )

9  _____)

10

11          REPORTER'S TRANSCRIPT OF PROCEEDINGS

12       BEFORE THE HONORABLE CLIFFORD CRETAN, JUDGE

13               DEPARTMENT 19

14               AUGUST 3, 2006

15

16

17

18  A P P E A R A N C E S:

19  For the Plaintiff:       JAMES P. FOX, DISTRICT ATTORNEY

20                    BY:  PATRICK FLYNN, D.D.A.

21

22  For the Defendant:       BILL JOHNSTON, ESQUIRE

23

24  Reported by:             SONIA KOLOKOURIS RISTING, #6678

25

26

| | |
|---|---|
| 1 | August 3, 2006           Redwood City, CA |

1    August 3, 2006              Redwood City, CA

2               P R O C E E D I N G S

3               MORNING SESSION

4        THE COURT:  Line 9.

5        MR. FLYNN:  I don't have my files yet, so --

6        THE COURT:  Michael Galati.

7        MR. JOHNSTON:  Bill Johnston with Mr. Galati.

8    The District Attorney will add 415, an infraction, he will

9    plead to it and getting credit for time served of 3 days

10   with a $20.00 court security fee.

11        MR. FLYNN:  The People move to amend the

12   complaint adding a Count V, a violation of Penal Code

13   Section 415.2 an infraction occurring on the same date,

14   place and time as listed in the complaint.

15        THE COURT:  All right.  To that charge Mr.

16   Johnston, your client waives his rights and enters his plea?

17        MR. JOHNSTON:  Yes.  Plea is guilty.

18        THE COURT:  People's motion as to the remaining

19   charges?

20        MR. FLYNN:  People move to dismiss the remaining

21   charges pursuant to the negotiated plea.

22        THE COURT:  Find a voluntary plea by the

23   defendant.  In this matter there is a fine of $282.00, three

24   days in jail, credit for three, a $20.00 security fee

25   payable?

26        MR. JOHNSTON:  Within thirty days please, Revenue

1    Services.

2              THE COURT:  Thank you.

3              (Whereupon, the proceedings on this day on this

4    case were adjourned.)

26                        --o0o--

```
 1              STATE OF CALIFORNIA   )

 2              COUNTY OF SAN MATEO   )  ss.

 3

 4

 5              I, SONIA KOLOKOURIS RISTING, Official

 6    Reporter of the Superior Court, in and for the County of

 7    San Mateo, State of California, do hereby certify:

 8              That the foregoing contains a true, full

 9    and correct transcript of the proceedings given and had in

10    the within-entitled matter that were reported by me at the

11    time and place mentioned and thereafter transcribed under

12    my direction into longhand typewriting, and that the same

13    is a correct transcript of the proceedings.

14

15                    DATED: Jan. 4, 2008

16

17

18

19

20

21

22

23

24              SONIA KOLOKOURIS RISTING, CSR 6678

25

26
```

SONIA KOLOKOURIS RISTING, CSR 6678

# EXHIBIT C

# Incident Report
# San Mateo County Sheriff

**06-3998**

Supplement No
**ORIG**



Address
**400 County Center**
City State, Zip
**Redwood City CA, 94063**

Reported Date
**07/11/2006**
Nature of Call
**INCDNT RPT**
Deputy
**HOWARD, MARK**

Phone Number
**(650) 363-4525**
Fax Number

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time | Status |
|---|---|---|---|---|---|---|
| **San Mateo County Sheriff** | | **06-3998** | **ORIG** | **07/11/2006** | **15:25** | **INVESTIGATE** |

| Nature of Call | Location | | | | | City |
|---|---|---|---|---|---|---|
| **INCIDENT REPORT** | **300 BRADFORD STREET** | | | | | **Redwood City** |

| ZIP Code | Rep Dist | Area | Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| **94063** | **MCF - INTAKE** | **90** | **A** | **07/11/2006** | **16:30** | **07/11/2006** | **17:21** |

| Deputy | Entered by |
|---|---|
| **1665/HOWARD, MARK** | **1519** |

| Assignment | RMS Transfer | Prop Transfer |
|---|---|---|
| **MAGUIRE CORRECTIONAL FACILITY - TEAM 2** | **Successful** | **Successful** |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| **1501/KUYKENDALL, M** | **07/11/2006** | **17:35:17** |

| OTHER AGENCY NAME | OTHER AGENCY CASE# |
|---|---|
| **TRANSIT POLICE** | **SO3995** |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|---|
| **ARR** | **1** | **I** | **GALATI, MICHAEL** | **37169** | **W** | **M** | **06/12/1968** |

## Property Summary

| Involvement |
|---|
| **EVD** |

Description
**ARTICLE: CAMERA/PHOTO EQUIPMENT/FILM DISC    Digital CD containing footage of arrestee coming into custody.**

## Summary Narrative

This case number was issued for evidence purposes only.

**CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED**

**GREG MUNKS, SHERIFF
SAN MATEO COUNTY**

**CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION**

# Incident Report                                          06-3998
# San Mateo County Sheriff

Supplement No
ORIG

## ARRESTEE 1: GALATI,MICHAEL

| Involvement | Invl No | Type | Name | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|
| ARRESTEE | 1 | Individual | GALATI,MICHAEL | | 37169 | WHITE | MALE |

| Date of Birth | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|
| 06/12/1968 | 38 | No | 6'00" | 165# | BROWN | BROWN |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 1110 TOURNAMENT DR | | HILLSBOROUGH | CALIFORNIA |

| ZIP Code |
|---|
| 94100 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | V5074204 | CALIFORNIA |

| Type | ID No |
|---|---|
| SHERIFF'S ID NUMBER | 279515 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status | Dispo |
|---|---|---|---|---|---|---|---|
| ARRESTED | ARRESTED | 07/11/2006 | 15:26:00 | 07/11/2006 | 15:35:00 | BOOKED | FELONY |

| Charge | Level | Charge Literal |
|---|---|---|
| PC245 (A)(1) | F | FORCE OR ADW NOT FIR |

## Property

| Item | Involvement | In Property? | Tag No | Item No |
|---|---|---|---|---|
| 1 | EVIDENCE | Yes | 060001465 | 1 |

Description
**Digital CD containing footage of arrestee coming into custody.**

| Typ | Cat | Article | # Pieces |
|---|---|---|---|
| A | CAMERA/PHOTO EQUIPMENT/FILM | DISC | 1 |

CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

```
CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION
```

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

| Report Officer | Printed At | |
|---|---|---|
| 1665/HOWARD, MARK | 09/06/2007 16:20 | Page 2 of 2 |

# Incident Report
# San Mateo County Sheriff

**06-3995**

Supplement No
**ORIG**

Address
**400 County Center**
City State, Zip
**Redwood City CA, 94063**

Phone Number
**(650) 363-4525**
Fax Number

Reported Date
**07/11/2006**
Nature of Call
**ASSAULT**
Deputy
**ZUNO, S**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| San Mateo County Sheriff | 06-3995 | ORIG | 07/11/2006 | 14:19 | 061920009 |

| Status | Nature of Call |
|---|---|
| INVESTIGATE | ASSAULTS - AGGRAVATED OR SIMPLE |

| Location | City | ZIP Code |
|---|---|---|
| SAN MATEO CALTRAIN STATION | SAN MATEO | 94401 |

| From Date | From Time | Deputy |
|---|---|---|
| 07/11/2006 | 14:32 | 1472/ZUNO, S |

| Assignment | Deputy2 |
|---|---|
| PATROL - SHERIFF'S TRANSIT OPERATIONS POL | LOPEZ, V |

| Assignment | Entered by |
|---|---|
| PATROL - SHERIFF'S TRANSIT OPERATIONS POL | 1472 |

| Assignment | RMS Transfer | Prop Transfer |
|---|---|---|
| PATROL - SHERIFF'S TRANSIT OPERATIONS POL | Successful | Failed |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 1051/SCOTT, D | 07/13/2006 | 00:56:09 |

| Supplemental Documents | Evidence Submitted | Evidence |
|---|---|---|
| X | X | X |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | PC245A1 | ASAULT WITH A WEAPON | F |
| 2 | PC148 | RESISTING POLICE OFF | M |
| 3 | PC243B | BATTERY ON P/O, FIRE | M |
| 4 | PC369I | DELAY OBSTRUCT TRAIN | M |
| 5 | PC415 1 | DISTURBING THE PEACE | M |
| 6 | PC415 3 | OFFENSIVE WORDS IN P | M |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | Date of Birth |
|---|---|---|---|---|---|---|---|
| SUS | 1 | I | GALATI, MICHAEL DANIEL | 37169 | W | M | 06/12/1968 |
| VIC | 1 | I | GALLO, DEBRICE | 59975 | | | |
| VIC | 2 | I | PICHI, RANDY | 59976 | | | |
| VIC | 3 | I | PATTERSON, RICHARD | 59977 | | | |
| VIC | 4 | I | ALLRED, JOE | 59978 | | | |
| VIC | 5 | I | CHUA, RENATO | 59979 | | | |
| VIC | 6 | I | GONDROM, MICHAEL | 59980 | | | |

CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION

CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

| Report Officer | Printed At | |
|---|---|---|
| 1472/ZUNO, S | 09/06/2007 16:23 | Page 1 of 9 |

# Incident Report
# San Mateo County Sheriff

**06-3995**

Supplement No
ORIG

## Property Summary

Involvement
EVD

Description
ARTICLE: BICYCLE BICYCL RALEIG M20 MOUNTAIN BIKE USED BY GALATI TO ASSAULT
DEPUTY LOPEZ

Involvement
EVD

Description
ARTICLE: ELECTRONIC/AUDIO/STEREO/TV/AV TAPES DISC OFFICE  DISC CONTIANING
2 DIGITAL PHOTOS I TOOK OF GALATI'S BICYCLE.

Involvement
EVD

Description
ARTICLE: ELECTRONIC/AUDIO/STEREO/TV/AV TAPES TAPES MAXELL UR AUDIO
CASETTES CONTIAINING RECORDED STATEMENTS OF WITNESESS AND GALATI

Involvement
EVD

Description
ARTICLE: ELECTRONIC/AUDIO/STEREO/TV/AV TAPES DISC OFFICE  DISC CONTAINING
FOOTAGE FROM THE VIDEO SURVEILANCE CAMERAS ON THE PLATFORM

## Summary Narrative

**SUMMARY:**

On Tuesday, July 11, 2006, at approximately 1419 hours, Deputy Lopez and I responded to the
San Mateo Caltrain Station on the report of a subject blocking a moving train. Upon arrival, we
observed a subject who matched the description provided by County Communications (Later
identified as Mr. Galati). We noticed Mr. Galati was arguing with the train crew and was
confrontational.   Deputy Lopez approached Mr. Galati and ordered him to step away from the
conductor, as it appeared he may become physically assualtive towards the conductor. Mr.
Galati immediately became aggressive towards Deputy Lopez and swung his bicycle towards
Deputy Lopez in an attempt to strike him. At this point I attempted to subdue Mr. Galati however
he resisted.  After an extensive confrontation Deputy Lopez and I were able to eventually secure
him in handcuffs while on the ground.

Mr. Galati was arrested and booked into the county jail on the listed charges.

This report will be forwarded to the District Attorneys Office for Prosecution of Michael Galati.

CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION

CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

# Incident Report
# San Mateo County Sheriff

**06-3995**

Supplement No
**ORIG**

## SUSPECT 1: GALATI,MICHAEL DANIEL

| Involvement | Invl No | Type | Name | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|
| SUSPECT | 1 | Individual | GALATI,MICHAEL DANIEL | | 37169 | WHITE | MALE |

| Date of Birth | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | Gen Appearance | Build |
|---|---|---|---|---|---|---|---|---|
| 06/12/1968 | 38 | No | 6'01" | 198# | BROWN | BROWN | CASUAL | LARGE |

Hair Description
MEDIUM/AVERAGE LENGTH/WAVY/CURLY

Facial Features
CLEAN SHAVEN

Demeanor
ANGRY/IRRATIONAL

CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

Speech
LOUD/RAPID

GREG MUNKS SHERIFF

## VICTIM 1: GALLO,DEBRICE

| Involvement | Invl No | Type | Name | MNI | Means of Attack |
|---|---|---|---|---|---|
| VICTIM | 1 | Individual | GALLO,DEBRICE | 59975 | OTHER |

| Extent of Injury | Dom Violence |
|---|---|
| NO VISIBLE INJURY | NO |

| Employer/School | Position/Grade | | |
|---|---|---|---|
| AMTRAK | ENGINEER | | |

| Location | City | State |
|---|---|---|
| 510 W. SAN FERNANDO ST. | SAN JOSE | CALIFORNIA |

| ZIP Code | Contact | Phone Type | Phone No |
|---|---|---|---|
| 95110 | JIM GUNTHER | BUSINESS | (408)271-4993 |

## VICTIM 2: PICHI,RANDY

| Involvement | Invl No | Type | Name | MNI | Means of Attack |
|---|---|---|---|---|---|
| VICTIM | 2 | Individual | PICHI,RANDY | 59976 | OTHER |

| Extent of Injury | Dom Violence |
|---|---|
| NO VISIBLE INJURY | NO |

| Employer/School | Position/Grade |
|---|---|
| AMTRAK | CONDUCTOR |

| Location | City | State |
|---|---|---|
| 510 W. SAN FERNANDO ST. | SAN JOSE | CALIFORNIA |

| ZIP Code | Contact | Phone Type | Phone No |
|---|---|---|---|
| 95110 | JIM GUNTHER | BUSINESS | (408)271-4993 |

## VICTIM 3: PATTERSON,RICHARD

| Involvement | Invl No | Type | Name | MNI | Means of Attack |
|---|---|---|---|---|---|
| VICTIM | 3 | Individual | PATTERSON,RICHARD | 59977 | OTHER |

| Extent of Injury | Dom Violence |
|---|---|
| NO VISIBLE INJURY | NO |

| Employer/School | Position/Grade |
|---|---|
| AMTRAK | CONDUCTOR |

| Location | City | State |
|---|---|---|
| 510 W. SAN FERNANDO ST. | SAN JOSE | CALIFORNIA |

| ZIP Code | Contact | Phone Type | Phone No |
|---|---|---|---|
| 95110 | JIM GUNTHER | BUSINESS | (408)271-4993 |

## VICTIM 4: ALLRED,JOE

| Involvement | Invl No | Type | Name | MNI | Means of Attack |
|---|---|---|---|---|---|
| VICTIM | 4 | Individual | ALLRED,JOE | 59978 | OTHER |

| Extent of Injury | Dom Violence |
|---|---|
| NO VISIBLE INJURY | NO |

| Employer/School | Position/Grade |
|---|---|
| AMTRAK | CONDUCTOR |

| Location | City | State |
|---|---|---|
| 510 W. SAN FERNANDO ST. | SAN JOSE | CALIFORNIA |

| ZIP Code | Contact | Phone Type | Phone No |
|---|---|---|---|
| 95110 | JIM GUNTHER | BUSINESS | (408)271-4993 |

CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION

| Report Officer | Printed At | |
|---|---|---|
| 1472/ZUNO, S | 09/06/2007 16:23 | Page 3 of 9 |

# Incident Report
# San Mateo County Sheriff

**06-3995**

Supplement No
ORIG

## VICTIM 5: CHUA,RENATO

| Involvement | Invl No | Type | Name | | MNI | Means of Attack |
|---|---|---|---|---|---|---|
| VICTIM | 5 | Individual | CHUA,RENATO | | 59979 | OTHER |

| Extent of Injury | Dom Violence |
|---|---|
| NO VISIBLE INJURY | NO |

| Employer/School | Position/Grade |
|---|---|
| AMTRAK | CONDUCTOR |

| Location | City | State |
|---|---|---|
| 510 W. SAN FERNANDO ST. | SAN JOSE | CALIFORNIA |

| ZIP Code | Contact | Phone Type | Phone No |
|---|---|---|---|
| 95110 | JIM GUNTHER | BUSINESS | (408)271-4993 |

## VICTIM 6: GONDROM,MICHAEL

| Involvement | Invl No | Type | Name | | MNI | Means of Attack |
|---|---|---|---|---|---|---|
| VICTIM | 6 | Individual | GONDROM,MICHAEL | | 59980 | OTHER |

| Extent of Injury | Dom Violence |
|---|---|
| NO VISIBLE INJURY | NO |

| Employer/School | Position/Grade |
|---|---|
| AMTRAK | ENGINEER |

| Location | City | State |
|---|---|---|
| 510 W. SAN FERNANDO ST. | SAN JOSE | CALIFORNIA |

| ZIP Code | Contact | Phone Type | Phone No |
|---|---|---|---|
| 95110 | JIM GUNTHER | BUSINESS | (408)271-4993 |

## Property

| Item | Involvement | In Property? | Tag No | Item No | Owner Applied No |
|---|---|---|---|---|---|
| 1 | EVIDENCE | Yes | 060001473 | 1 | 342-0184 |

Description
MOUNTAIN BIKE USED BY GALATI TO ASSAULT DEPUTY LOPEZ

| Typ | Cat | Article | Brand | Model | # Pieces |
|---|---|---|---|---|---|
| A | BICYCLE | BICYCL | RALEIG | M20 | 1 |

CONTACT ORIGINATING AGENCY OR THE COURT FOR DISPOSITION INFORMATION

| Item | Involvement | In Property? | Tag No | Item No |
|---|---|---|---|---|
| 2 | EVIDENCE | Yes | 060001473 | 2 |

Description
DISC CONTIANING 2 DIGITAL PHOTOS I TOOK OF GALATI'S BICYCLE.

CONTROLLED DOCUMENT NOT TO BE DUPLICATED

| Typ | Cat | Article | Brand | # Pieces |
|---|---|---|---|---|
| A | ELECTRONIC/AUDIO/STEREO/TV/AV TAPES | DISC | OFFICE | 1 |

| Item | Involvement | In Property? | Tag No | Item No |
|---|---|---|---|---|
| 3 | EVIDENCE | Yes | 060001473 | 3 |

GREG MUNKS, SHERIFF SAN MATEO COUNTY

Description
AUDIO CASETTES CONTIAINING RECORDED STATEMENTS OF WITNESESS AND GALATI

| Typ | Cat | Article | Brand | Model | # Pieces |
|---|---|---|---|---|---|
| A | ELECTRONIC/AUDIO/STEREO/TV/AV TAPES | TAPES | MAXELL | UR | 2 |

| Item | Involvement | In Property? | Tag No | Item No |
|---|---|---|---|---|
| 4 | EVIDENCE | Yes | 060001473 | 4 |

Description
DISC CONTAINING FOOTAGE FROM THE VIDEO SURVEILANCE CAMERAS ON THE PLATFORM

| Typ | Cat | Article | Brand | # Pieces |
|---|---|---|---|---|
| A | ELECTRONIC/AUDIO/STEREO/TV/AV TAPES | DISC | OFFICE | 1 |

## Modus Operandi

Crime Code(s)
ASSAULTS

## Narrative

**BACKGROUND:**
The San Mateo County Sheriff's Office - Transit Police Bureau is contracted by the San Mateo County Transit District (samTrans) and the Peninsula Corridor Commuter Railroad (Caltrain) to provide law enforcement services to both systems throughout San Francisco, San Mateo and Santa Clara counties. The Bureau works cooperatively with the Amtrak Police Department, who is co-contracted to provide law enforcement services specifically to the rail system.

| Report Officer | Printed At | |
|---|---|---|
| 1472/ZUNO, S | 09/06/2007 16:23 | Page 4 of 9 |

# Incident Report
# San Mateo County Sheriff

**06-3995**

Supplement No
ORIG

**Narrative**

**DATE AND TIME:**
Tuesday, July 11, 2006 at approximately 1419 hours

CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION

**AWARENESS:**
On the above date and time, Deputy Lopez # 733 and I responded to the San Mateo Caltrain Station (downtown) on the report of a male subject on the northbound rail road tracks blocking Caltrain # 151 from departing. The subject was described and a white male with curly hair, wearing a white t shirt, brown jacket, blue jeans and having a bicycle. We were also advised that the subject was yelling at the conductor.

While en route, County Communications advised that the subject had allowed Caltrain #151 to continue and may have possibly left the area.

Deputy Lopez and I arrived on scene at the northbound platform of the San Mateo Caltrain Station at approximately 1432 hours. At this location we saw a subject with a bicycle who matched the exact description provided of the suspect. He was later identified as Mr. Michael Galati DOB (6/12/68).

Deputy Lopez and I heard Mr. Galati yelling at the train conductor on the platform and saw that he was waving his hand and pointing it just inches from the conductor's face in an aggressive manner. I heard Mr. Galati yelling at the train crew, "NO... FUCK YOU, YOU MOTHERFUCKER." Concerned for the safety of the conductor, Deputy Lopez verbally ordered Mr. Galati to, "Step back." Mr. Galati turned towards Deputy Lopez and replied, "NO, FUCK YOU, WHY?"

Deputy Lopez reiterated his command and motioned for him to step away from the train crew. At this point, Mr. Galati swung a metal bicycle with force towards Deputy Lopez, in an apparent attempt to strike him. Concerned for the safety of Deputy Lopez and the train crew, I quickly approached Mr. Galati and attempted to physically subdue him to keep him from further swinging the bicycle at Deputy Lopez or myself. I gave him commands to "get down" and let go of the metal bicycle. Mr. Galati replied, "FUCK YOU, FOR WHAT?" and began to physically resist.

Deputy Lopez and I continued to give Mr. Galati verbal commands to "stop resisting and stop fighting." However, Mr. Galati just became more violent and aggressive towards us. At some point during the altercation, Mr. Galati, Deputy Lopez and I fell down to the ground. Mr. Galati continued to be physically assaultive and he continued to resist. During this time, Mr. Galati continued yelling, "FUCK YOU BITCH, I DIDN'T DO ANYTHING." After an extensive confrontation with Mr. Galati, Deputy Lopez and I were able to secure him in handcuffs. At this point, Mr. Galati was now controlled on the ground. He continued to kick and scream obscenities and did not obey any commands from Deputy Lopez or myself. As a result of this confrontation, Deputy Lopez I and were struck several times by Mr. Galati. He used his arms and elbows as he fought and resisted to free himself from our control.

Once Mr. Galati was controlled, I approached the train crew on the platform and obtained brief statements from them. See *CONTROLLED DOCUMENT NOT TO BE DUPLICATED*

| Report Officer | Printed At | |
|---|---|---|
| 1472/ZUNO, S | 09/06/2007 16:23 | Page 5 of 9 |

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

# Incident Report
# San Mateo County Sheriff

CONTROLLED DOCUMENT NOT TO BE DUPLICATED

**06-3995**

Supplement No **ORIG**

GREG MUNKS, SHERIFF

## Narrative

**STATEMENTS:**

### Statement of Suspect Michael Galati
I read Mr. Galati his Miranda rights. He was uncooperative and refused to answer any questions.

### Statement of Conductor Joe Allred (summarized and paraphrased)
Mr. Allred told me he had been instructed by San Jose Control (train operations) not to let Mr. Galati onto the train because he was aggressive and was causing trouble. Once he told Mr. Galati that he could not board the train, Mr. Galati became confrontational and began to yell, "FUCK YOU" while waving his hand inches from his face in an aggressive manner. Mr. Allred did not want to let Mr. Galati board the train and was concerned for the safety of the crew and passengers onboard. (Also see attached written and signed statement).

### Statement of Conductor Chua (summarized and paraphrased)
Mr. Chua told me once Mr. Galati was told that he could not board the train, he immediately became aggressive and began to yell profanities. While doing this, he also began pointing his finger very close to the face of Conductor Allred and became concerned that he would become physical. Mr. Chua and two additional crew members stood at the entrance of the train to keep Mr. Galati from forcing his way onboard. (Also see attached written and signed statement).

### Statement of Engineer M. Gordon (summarized and paraphrased)
As he was pulling into the station, he saw Mr. Galati on the platform waving his arms and swinging his bicycle. Once the train was stopped he, and the other two conductors met with Mr. Galati at the door of the bike car. Conductor Allred told Mr. Galati that he could not board the train. Mr. Galati became aggressive and began to yell profanities at them. While doing this he also began pointing his finger very close near the face of Conductor Allred. (Also see attached written and signed statement).

**DATE:**
7/12/06 at approximately 0930 hours:

CONTACT ORIGINATING AGENCY OR THE COURT FOR DISPOSITION INFORMATION

I received written and signed statements from the crew of the Caltrain # 151. This is the initial train that Mr. Galati blocked the movement of, which caused the train crew to request for deputies to respond. See below for summaries of written their statements.

### Statement of Engineer Debra Gallo (summarized and paraphrased)
Ms. Gallo stated as she was pulling the train into the station, Mr. Galati kept stepping back and forth onto the edge of the platform (on the yellow caution stripe). Due his actions Ms. Gallo was forced to blow the train whistle to get him to move back. Mr. Galati continued to obstruct the movement of the train and for his safety Ms. Gallo was forced to stop the train prematurely to avoid striking Mr. Galati. Ms. Gallo notified conductor Pichi and advised him that Mr. Galati was obstructing and delaying the train and should not be allowed to board. Mr. Galati boarded the bicycle car and began to yell obscenities at Ms. Gallo in front of the other passengers. Mr. Galati called her a "black bitch", a "nigger" and a "cunt." Conductors Pichi and Patterson told Mr. Galati he had could not ride the train and had to de-board. Mr. Galati continued to argue with them. Once Mr. Galati stepped off the train he began to verbally entice a fight with the conductors. For the safety the passengers and crew they closed the doors of the train and pulled away. As the train was pulling away Mr. Galati struck side of the train with his hand. (Also

| Report Officer | Printed At | |
|---|---|---|
| 1472/ZUNO, S | 09/06/2007 16:23 | Page 6 of 9 |

# Incident Report
# San Mateo County Sheriff

CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

06-3995

Supplement No
ORIG

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

## Narrative

see attached written and signed statement).

### Statement of Conductor Randy Pichi (summarized and paraphrased)

Mr. Pichi stated as the train pulled into the San Mateo station he was advised by the engineer not to allow Mr. Galati onboard the train due his behavior. Mr. Galati boarded the train and became irrational. He immediately began yelling profanity and racial slurs. He also began to use profanity against other passengers for no reason. Mr. Pichi requested assistance from conductor Patterson in dealing with Mr. Galati. Mr. Galati continued his aggressive behavior and continued to yell profanities. Mr. Galati stepped off the train after several minutes. Once on the platform Mr. Galati continued his aggressive behavior. Mr. Galati motioned for conductors to step onto the platform and used profanities to entice a fight. The conductors closed doors of the train and pulled away. Mr. Pichi stated he in fear for the safety of the crew, the passengers and himself. (Also see attached written and signed statement).

### Statement of Conductor Richard Patterson (summarized and paraphrased)

Mr. Patterson stated after arriving into the San Mateo station he was requested to the respond to the bike car to assist conductor Pichi with a hostile passenger. Once he arrived at the bike car, he heard Mr. Galati yelling obscenities. Once Mr. Galati was off the train he continued his behavior and struck the side of his train with his hand. (Also see attached written and signed statement).

CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION

### EXAMINATION OF CRIME SCENE:

The crime occurred in north end of the northbound platform (east side) of the San Mateo Caltrain Station, located at 2 North B St in the city of San Mateo. This station facilitates heavy commuter and high-speed bullet train traffic throughout the day. The platform is approximately 15 feet wide and has a concrete surface. The platform has benches and ticket vending machines spread throughout. There are three security surveillance cameras that monitor this platform. At the time of the incident there was moderate commuter and vehicle traffic in the area.

During this incident, Caltrain #253 was in the station, which obstructed any view of the incident to anyone to the west side of the station. Only the business on the east side of the station had a clear view of the incident. I will conduct a neighborhood check in this area and attempt to locate witnesses to this incident.

### EVIDENCE:

(E-1) A red Raleigh M20 Mountain bicycle Mr. Galati had in possession during the altercation.

(E-2) Two digital photographs of Mr. Galati's bicycle. This is the bicycle he had is his possession and used to assault Deputy Lopez.

(E-3) A Maxell audio cassette, containing the recording of Mr. Galati aggressive and uncooperative behavior while being transported to the county jail. (Recorded by Deputy Lopez)

(E-4) A Maxell audio cassette, containing the recorded statements of two witnesses.

(E-5) A disc containing the video from the surveillance camera of the San Mateo Caltrain

| Report Officer | Printed At | |
|---|---|---|
| 1472/ZUNO, S | 09/06/2007 16:23 | Page 7 of 9 |

# Incident Report
# San Mateo County Sheriff

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

## Narrative

Station.

I booked all items into Sheriff's Office evidence.

### INJURIES:
As a result of this confrontation, Deputy Lopez I and were struck several times by Mr. Galati's arms and elbows as he fought and resisted to free himself from our control. As a result, Deputy Lopez and I suffered minor bruising and complaint of pain, however no medical attention was necessary for anyone involved

Mr. Galati did not complain of any pain and did not appear to be injured. Once booked into the jail he was medically evaluated for his well being by a nurse.

CONTACT ORIGINATING AGENCY OR THE COURT FOR DISPOSITION INFORMATION

### NEIGHBORHOOD CHECK:
7-12-06, at approximately 1127 hours, I conducted a neighborhood check of the businesses located directly behind the platform the east side. I contacted Mr. Eric Pennington who witnessed the incident and I obtained the following audio recorded information.

### Statement of witness Eric Pennington (summarized, paraphrased and audio recorded)
Mr. Pennington told me he saw Deputy Lopez try to calm and talk to Mr. Galati. He told me as Deputy Lopez gave him instructions Mr. Galati would reply with physical resistance and vulgarities. Mr. Pennington said that Deputy Lopez and I only used the necessary force to control Mr. Galati. Deputy Lopez made several attempts to calm Mr. Galati and explain the situation to him. Due to Mr. Galati's highly aggressive, and uncooperative behavior, he never calmed or gave Deputy Lopez or I a chance to speak.

I located another witness, who was Mr. Mario Luna at 23 south. Rail Road Ave in the city of San Mateo. I obtained the following audio recorded information in Spanish.

### Statement of witness Mario Luna (in Spanish, summarized, and audio recorded)
Mr. Luna told me he saw Mr. Galati arguing with the conductor and yelling profanities in an aggressive manner. Mr. Luna said once Deputy Lopez and I arrived, Mr. Galati refused our instructions and became resistive and aggressive. Mr. Luna saw Mr. Galati physically resist Deputy Lopez and I as we attempted to secure him with handcuffs.

### ADDITIONAL INFORMATION:
Due to Mr. Galati's highly aggressive and confrontational behavior, law enforcement assistance was requested by the train crew. From the moment Mr. Galati was contacted on scene by deputies, he became physically combative and uncooperative. While being transported to the jail by Deputy Lopez, Mr. Galati continued his escalating aggressive behavior. Because of this, Deputy Lopez audio recorded Mr. Galati's behavior on a cassette. This cassette contains a verbal outlash of Mr. Galati, which includes profanities and vulgarities towards Deputy Lopez and myself. This cassette will be booked into evidence.

Due to his highly aggressive behavior and once at the county jail Mr. Galati caused a delay in his booking process had to be restrained by several staff members to control him and keep him from hurting himself or others.

| Report Officer | Printed At | |
|---|---|---|
| 1472/ZUNO, S | 09/06/2007 16:23 | Page 8 of 9 |

# Incident Report
# San Mateo County Sheriff

**06-3995**

Supplement No
ORIG

## Narrative

**POTENTIAL LEADS AND RECOMMENDATIONS:**

Based on the information contained in this investigative report, I believe there is sufficient probable cause to charge Michael Galati with:

2 counts of PC 369i- Interfering and interrupting with safe operation of a train. Due to his actions Mr. Galati caused a delay of trains, #151 and 253 with a total of 11 minutes. (Refer to attached Amtrak report)

PC 148(a) (1) for willfully resisting deputies and attempting to avoid arrest.

PC 243(b) battery against a uniformed peace officer in performance of his duties.

PC 245 (a) (1) assault with a deadly weapon or force likely to produce great bodily injury. (Bicycle)

PC 415 (1) challenging other to fight in a public place.

PC 415 (3) using offensive words in a public place trying to provoke a violent reaction.

Case forwarded to the San Mateo County District Attorneys Office for prosecution of Michael Galati.

CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION

CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

**GREG MUNKS, SHERIFF
SAN MATEO COUNTY**

# Incident Report
# San Mateo County Sheriff

**06-3995**

Supplement No
**0001**

Address
**400 County Center**
City State, Zip
**Redwood City CA, 94063**

Phone Number
**(650) 363-4525**
Fax Number

Reported Date
**07/25/2006**
Nature of Call
**ASSAULT**
Deputy
**ZUNO, S**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| San Mateo County Sheriff | 06-3995 | 0001 | 07/25/2006 | 18:27 | 061920009 |

| Status | Nature of Call |
|---|---|
| INVESTIGATE | ASSAULTS - AGGRAVATED OR SIMPLE |

| Location | | City | ZIP Code |
|---|---|---|---|
| SAN MATEO CALTRAIN STATION | | SAN MATEO | 94401 |

| From Date | From Time | Deputy |
|---|---|---|
| 07/11/2006 | 14:32 | 1472/ZUNO, S |

CONTROLLED DOCUMENT NOT TO BE DUPLICATED

| Assignment | Deputy2 |
|---|---|
| PATROL - SHERIFF'S TRANSIT OPERATIONS POL | LOPEZ, V |

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

| Assignment | Entered by |
|---|---|
| PATROL - SHERIFF'S TRANSIT OPERATIONS POL | 1472 |

| Assignment | RMS Transfer | Prop Transfer |
|---|---|---|
| PATROL - SHERIFF'S TRANSIT OPERATIONS POL | Successful | Pending |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 1284/COPELAND, R | 07/25/2006 | 21:13:44 |

## Summary Narrative

**SUPPLEMENTAL REPORT**

**DATE AND TIME:**
July 25, 2006 at approximately 2130 hours.

CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION

**ADDITIONAL INFORMATION:**
On the above date and time I collected the listed evidence associated with this case. In an effort to continue my investigation, I retained possession of all evidentiary items. These items were kept in a locked office located in the Sheriff's Transit Police Bureau in San Carlos. On Tuesday, July 25, 2006, I placed all evidentiary items in marked Sheriff's Office evidence envelopes, and I placed a Sheriff's Office Property Tag on the bicycle. I submitted all evidence to Sheriff's Office Property for safekeeping.

Reference property tag number 060001473 for the following items booked into evidence.

**EVIDENCE:**
(E-1) A red Raleigh M20 Mountain bicycle Mr. Galati had in possession during the altercation.

(E-2) Two digital photographs of Mr. Galati's bicycle. This is the bicycle he had is his possession and used to assault Deputy Lopez.

(E-3) A Maxell audio cassette, containing the recording of Mr. Galati aggressive and uncooperative behavior while being transported to the county jail. (Recorded by Deputy Lopez)

(E-4) A Maxell audio cassette, containing the recorded statements of two witnesses.

| Report Officer | Printed At | |
|---|---|---|
| 1472/ZUNO, S | 09/06/2007 16:23 | Page 1 of 2 |

# Incident Report
# San Mateo County Sheriff

**06-3995**

Supplement No
**0001**

## Summary Narrative

(E-5) A disc containing the video from the surveillance camera of the San Mateo Caltrain Station.

Additional Evidence:
For video containing the footage on Mr. Galati's behavior upon arrival to the jail reference case # 06-3998 by Deputy M. Howard.

Additional Information:
I included the names and contact information of the two witnesses on scene.

## WITNESS 1: PENNINGTON, ERIC

| Involvement | Invl No | Type | Name | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|
| WITNESS | 1 | Individual | PENNINGTON, ERIC | | 60766 | WHITE | MALE |

| Type | Address | | City |
|---|---|---|---|
| WORK/BUSINESS | 23 SOUTH RAILROAD AVE | | SAN MATEO |

| State | ZIP Code | | |
|---|---|---|---|
| CALIFORNIA | 94401 | | |

| Type | Address | | City |
|---|---|---|---|
| WORK/BUSINESS | 401 IST AVE | | SAN MATEO |

| State | ZIP Code | | |
|---|---|---|---|
| CALIFORNIA | 94401 | | |

| Phone Type | Phone No | Phone Type | Phone No | |
|---|---|---|---|---|
| BUSINESS | (650)347-8420 | BUSINESS | (650)347-8420 | |

## Modus Operandi

Crime Code(s)
**ASSAULTS**

CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

| Report Officer | Printed At | |
|---|---|---|
| 1472/ZUNO, S | 09/06/2007 16:23 | Page 2 of 2 |

# Incident Report
# San Mateo County Sheriff

**06-3995**

Supplement No
**0002**

Address
**400 County Center**
City State, Zip
**Redwood City CA, 94063**

Reported Date
**08/01/2006**
Nature of Call
**ASSAULT**
Deputy
**ZUNO, S**

Phone Number
**(650) 363-4525**
Fax Number

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| San Mateo County Sheriff | 06-3995 | 0002 | 08/01/2006 | 15:29 | 061920009 |

| Status | Nature of Call |
|---|---|
| INVESTIGATE | ASSAULTS - AGGRAVATED OR SIMPLE |

| Location | | City | ZIP Code | |
|---|---|---|---|---|
| SAN MATEO CALTRAIN STATION | | SAN MATEO | 94401 | |

| From Date | From Time | Deputy |
|---|---|---|
| 07/11/2006 | 14:32 | 1472/ZUNO, S |

| Assignment | Deputy2 |
|---|---|
| PATROL - SHERIFF'S TRANSIT OPERATIONS POL | LOPEZ, V |

| Assignment | Entered by |
|---|---|
| PATROL - SHERIFF'S TRANSIT OPERATIONS POL | 1472 |

| Assignment | RMS Transfer | Approving Officer |
|---|---|---|
| PATROL - SHERIFF'S TRANSIT OPERATIONS POL | Successful | 1284/COPELAND, R |

| Approval Date | Approval Time |
|---|---|
| 08/01/2006 | 15:33:23 |

## Summary Narrative

Supplemental Report for witness information.

See the added contact information for witness Mario Luna.

## WITNESS 1: LUNA, MARIO

| Involvement | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| WITNESS | 1 | Individual | LUNA, MARIO | 61207 |

| Race | Sex |
|---|---|
| HISPANIC/MEXICAN/LATIN | MALE |

| Type | Address | City |
|---|---|---|
| WORK/BUSINESS | 23 SOUTH RAILROAD AVE | SAN MATEO |

| State | ZIP Code |
|---|---|
| CALIFORNIA | 94401 |

| Phone Type | Phone No |
|---|---|
| BUSINESS | (650)347-8420 |

## Modus Operandi

Crime Code(s)
**ASSAULTS**

CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

CONTACT ORIGINATING
AGENCY OR THE COURT
FOR DISPOSITION INFORMATION

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

| Report Officer | Printed At | |
|---|---|---|
| 1472/ZUNO, S | 09/06/2007 16:23 | Page 1 of 1 |