1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Eugene Whitlock, Deputy (SBN 237797)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA 94063
   Telephone: (650) 363-4989
4  Facsimile: (650) 363-4034
   E-mail: ewhitlock@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO, GREG MUNKS, DON
   HORSLEY, SALVADOR ZUNO and VICTOR
7  LOPEZ

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | MICHAEL GALATI,                          | Case No. CV 07-04035 CW
13 |         Plaintiffs,                       | DECLARATION OF RANDY PICHI IN
   |                                           | SUPPORT OF DEFENDANTS' MOTION
14 | vs.                                       | FOR SUMMARY JUDGMENT
15 | COUNTY OF SAN MATEO; SAN MATEO
   | COUNTY SHERIFF'S DEPARTMENT, GREG
16 | MUNKS individually and in his official capacities as
   | Sheriff for the COUNTY OF SAN MATEO, DON
17 | HORSLEY individually and in his former official
   | capacities as Sheriff of the COUNTY OF SAN
18 | MATEO; SALVADOR ZUNO, individually and in
   | his official capacities as a Sheriff's Deputy for the
19 | COUNTY OF SAN MATEO; VICTOR LOPEZ
   | individually and in his official capacities as Sheriff's
20 | Deputy for the COUNTY OF SAN MATEO and
   | DOES 1 to 100, inclusive.
21
   |         Defendants.
22

23      I, Randy Pichi, declare:

24      1.    I am employed as a Conductor with the Amtrak Peninsula Commute Service, commonly
25 know as "Caltrain" and was so employed on July 11, 2006.

26      2.    Attached hereto is a true and correct copy of the Incident Report dated July 11, 2006
27 which I personally prepared. See Exhibit A.

28

Case No. CV 07-04035 CW
DECLARATION OF RANDY PICHI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

3. This report accurately describes what transpired when a man with a bike disrupted the operation of train #151 (I was working as a Conductor on that train) on July 11, 2006.

4. To summarize what happened, upon pulling in to the San Mateo train station, I saw a man with a bike who was at the edge of the platform in a dangerous position. When Engineer Gallo told him not to do that he started getting upset and cussing at her. I tried to close the doors so he could not board but he blocked the doors with his bike. We then decided to let him on because the train was being delayed.

5. Once on the train, the man began to yell, swear and direct racial slurs at Engineer Gallo. I told her to call the police. The man continued to yell and called another passenger a "cu - -". I called Conductor Patterson for immediate assistance. The man refused to get off the train for about 10 minutes while he continued to direct racial slurs at Engineer Gallo and directed profanity at me and Conductor Patterson. The man continued to yell as he exited the train. He challenged us to fight, hit the side of the train with his fist and gave them the middle finger.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 15, 2008

By: _____
Randy Pichi

L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Pichi.doc

Case No. CV 07-04035 CW                              2
DECLARATION OF RANDY PICHI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

06-3995

## AMTRAK PENINSULA COMMUTE SERVICE – INCIDENT REPORT
CREW MEMBER TO FILL OUT, SIGN AND TURN IN AT END OF TRIP
IF INJURY OCCURRED NOTIFY SCO IMMEDIATELY. USE REVERSE SIDE IF NECESSARY

TRAIN NO. 151  DATE 7/11/06  TIME 2:05 pm
ENG:_____  CONSIST:_____
CONDUCTOR: Pickl  ENGINEMAN: D. Gallo
OTHER MEMBERS OF CREW: R. Patterson
LOCATION: San Mateo Station  MILE POST:_____

### INJURY REPORT
CAR NUMBER:_____
PASSENGER:____ TRESPASSER:____ EMPLOYEE:____
NAME:_____  OCCUPANTS OF VEHICLE:_____
PHONE:_____  ADDRESS:_____
MEDICAL ATTENTION: Y  N  TYPE OF INJURY:_____
POLICE / FIRE:_____  BY WHOM:_____
             IDENTIFY:_____

### ENGINE / CAB CAR
HEADLIGHT: BRIGHT____ DIM____  BELL: Y  N  HORN: Y  N
THROTTLE POSITION:_____  BRAKES:_____
WEATHER:_____  SPEED:_____
             VISIBILITY:_____

CONTROLLED DOCUMENT NOT TO BE DUPLICATED
GREG MUNKS, SHERIFF SAN MATEO COUNTY

### EXPLAIN WHAT OCCURRED:
Coming into San Mateo Station, Passenger was fooling around on Platform with bicycle in a very unsafe way. Engineer was telling Passenger she didn't like what he was doing. He started cussing at her and started to close doors not to let him on. Passenger held doors with bike and started arguing with me. He didn't do anything (that he was sitting on bench waiting for _____). We were losing time at that point. Engineer said let him on. As soon as he got on he went Berserk!!! Calling Engineer all kinds of derogatory and racial swears. I told Engineer to call police. I told him to watch his mouth that other people were on the train. He called one woman a CUNT and to mind her own business

EMPLOYEE:_____  DATE:_____  TIME:_____

06-3995

I called for my AC. to come to the necdenc Immedyately. This indivually was cussing and Swearing And was just uncontrollable, and Refused to get off train After A good 10 minutes, he started to get off train fast And started in calling my Engineer more Racial Slur. And my AC And I, Fucking Assholes As I ese shut the doors he started with giving us the finger And woring the honds [like come on out] I truly feARED for my crew And the safety of the passengers.

This person was totally insane and out of control.

\# 151
Tuesday 7/11/06
Randy O Paul



CONTROLLED DOCUMENT NOT TO BE DUPLICATED
GREG MUNKS, SHERIFF
SAN MATEO COUNTY