MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4989
Facsimile: (650) 363-4034
E-mail: ewhitlock@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO and VICTOR LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALATI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT, GREG MUNKS individually and in his official capacities as Sheriff for the COUNTY OF SAN MATEO, DON HORSLEY individually and in his former official capacities as Sheriff of the COUNTY OF SAN MATEO; SALVADOR ZUNO, individually and in his official capacities as a Sheriff's Deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as Sheriff's Deputy for the COUNTY OF SAN MATEO and DOES 1 to 100, inclusive.<br><br>Defendants. | Case No. CV 07-04035 CW<br><br>**DECLARATION OF ROBERT PATTERSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Robert Patterson, declare:

1. I was employed as a Conductor with the Amtrak Peninsula Commute Service, commonly know as "Caltrain", on July 11, 2006.

2. Attached hereto is a true and correct copy of the statement dated July 11, 2006 which I personally prepared. *See* Exhibit A.

Case No. CV 07-04035 CW

DECLARATION OF ROBERT PATTERSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

3. This statement accurately describes what transpired when a man with a bike disrupted the operation of train #151 (I was working as a Conductor on that train) on July 11, 2006.

4. To summarize what happened, I heard the Engineer, Debrice Gallo, and the Conductor, Randy Pichi, talking about a very hostile patron while we were at the San Mateo Station. Conductor Pichi then called for immediate assistance in the bike car.

5. When I arrived in the bike car there was a passenger who appeared to be high, stalking back and forth in the car, swearing and talking very rapidly. Most of the swearing was directed at Engineer Gallo. Conductor Pichi was trying to calm him down and explain to him why he was being put off the train. When he finally got off the train, he punched the side of the train with his fist and gave us the middle finger.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 14, 2008

By: _____
~~Richard~~ Patterson
Robert Dickey PATTERSON

L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Allred.doc

Case No. CV 07-04035 CW                       2
DECLARATION OF RICHARD PATTERSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

7/11/6 San Mateo incident    06-3995

After we stopped at San Mateo, I heard the Engr & conductor talking about a **very** hostile patron. Mr. Picchi (the conductor) called me on the radio to come to the bike car with all possible haste. When I arrived, there was a passenger who appeared to be high on some substance — stalking about the car SWEARING, & stringing THE WORDS together in a single sentence NEAR several yards — then I was in a zone! MOST of his diatribe was addressed to the engineer (Mr. Gallo). Mr. Picchi tried to calm him & explain to him why he was being put off (swearing alone not enough). After he exited, he hit the side of the train with his fist and extended to Mr. Picchi & me, the international sign of Hostile farewell.

Robt D Patterson
AC Train # 151
7/11/6

CONTROLLED DOCUMENT NOT TO BE DUPLICATED
GREG MUNKS, SHERIFF
SAN MATEO COUNTY