MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4989
Facsimile: (650) 363-4034
E-mail: ewhitlock@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO and VICTOR LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALATI,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT, GREG MUNKS individually and in his official capacities as Sheriff for the COUNTY OF SAN MATEO, DON HORSLEY individually and in his former official capacities as Sheriff of the COUNTY OF SAN MATEO; SALVADOR ZUNO, individually and in his official capacities as a Sheriff's Deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as Sheriff's Deputy for the COUNTY OF SAN MATEO and DOES 1 to 100, inclusive.<br><br>    Defendants. | Case No. CV 07-04035 CW<br><br>**DECLARATION OF MICHAEL GONDRON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Michael Gondron, declare:

1. I am employed as an Engineer with the Amtrak Peninsula Commute Service, commonly know as "Caltrain" and was so employed on July 11, 2006.

2. Attached hereto is a true and correct copy of the Incident Report dated July 11, 2006 which I personally prepared. See Exhibit A.

Case No. CV 07-04035 CW
DECLARATION OF MICHAEL GONDRON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

3. This report accurately describes what transpired when a man with a bike disrupted the operation of train #253 (I was working as an Engineer on that train) at approximately 2:35pm on July 11, 2006.

4. To summarize what happened, upon arrival at the San Mateo train station, I saw the man with a bike who fit the description of a troublemaker whom we had been warned about by San Jose Operations. He was waving his arms and swinging his bike when the train pulled in. When we denied him boarding, he began to loudly use profanity and pointed his finger closely in the face of Conductor Joe Allred.

5. Then, police arrived, took the man to the ground as he struggled against them, subdued and handcuffed him.

6. I did not observe the police punch or kick the man.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 14, 2008

By: _Michael Gondron_
Michael Gondron

L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Gondron.doc

Case No. CV 07-04035 CW
DECLARATION OF MICHAEL GONDRON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

2

# EXHIBIT A

07/11/2006  17:21  2714992　　　　　　　SJC　　　　　　　　PAGE 01/01

06-3995

## AMTRAK PENINSULA COMMUTE SERVICE – INCIDENT REPORT
CREW MEMBER TO FILL OUT, SIGN AND TURN IN AT END OF TRIP
IF INJURY OCCURRED NOTIFY SCO IMMEDIATELY. USE REVERSE SIDE IF NECESSARY

TRAIN NO. 253　　DATE 7-11-06　　TIME 2:35 PM
ENG. 909　CONSIST 5 CARS
CONDUCTOR ALLRED　　　　ENGINEMAN: M. GONDRON
OTHER MEMBERS OF CREW: R. CHUA
LOCATION: SAN MATEO　　　　MILE POST: 17.7

### INJURY REPORT
CAR NUMBER:　　　　　　　EMPLOYEE:
PASSENGER:　　TRESPASSER:　　OCCUPANTS OF VEHICLE:
NAME:　　　　　　　　　ADDRESS:
PHONE:　　　　　　　TYPE OF INJURY:
MEDICAL ATTENTION: Y  N　　BY WHOM:
POLICE/FIRE:　　　　　　IDENTITY:

### ENGINE / CAB CAR
HEADLIGHT:  BRIGHT___ DIM___　　BELL: Y N  HORN: Y N
THROTTLE POSITION:　　　　BRAKES:　　　　　SPEED:
WEATHER:　　　　　　　　VISIBILITY:

### EXPLAIN WHAT OCCURRED:
INDIVIDUAL MATCHING DESCRIPTION WAS STANDING AT NORTH END OF PLATFORM WAVING ARMS AND SWINGING HIS BICYCLE. CONDUCTORS MET HIM AT DOOR AND TOLD HIM HE COULDN'T BOARD. INDIVIDUAL BECAME LOUD, POINTING FINGER AT CLOSE PROXIMITY TO CONDUCTOR. SAN MATEO POLICE ARRIVED AND TOOK INDIVIDUAL TO THE GROUND, SUBDUED AND HANDCUFFED HIM. POLICE TALKED WITH CONDUCTOR AND WE WERE RELEASED.

EMPLOYEE: M.W. Gondron　　DATE: 7-11-06　　TIME: 5:30 PM

CONTROLLED DOCUMENT
NOT TO BE DUPLICATED

GREG MUNKS, SHERIFF
SAN MA...