1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Eugene Whitlock, Deputy (SBN 237797)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA 94063
   Telephone: (650) 363-4989
4  Facsimile: (650) 363-4034
   E-mail: ewhitlock@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO, GREG MUNKS, DON
   HORSLEY, SALVADOR ZUNO and VICTOR
7  LOPEZ

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12  MICHAEL GALATI,                    Case No. CV 07-04035 CW

13          Plaintiffs,                DECLARATION OF JOE ALLRED IN
                                       SUPPORT OF DEFENDANTS' MOTION
14      vs.                            FOR SUMMARY JUDGMENT

15  COUNTY OF SAN MATEO; SAN MATEO
    COUNTY SHERIFF'S DEPARTMENT, GREG
16  MUNKS individually and in his official capacities as
    Sheriff for the COUNTY OF SAN MATEO, DON
17  HORSLEY individually and in his former official
    capacities as Sheriff of the COUNTY OF SAN
18  MATEO; SALVADOR ZUNO, individually and in
    his official capacities as a Sheriff's Deputy for the
19  COUNTY OF SAN MATEO; VICTOR LOPEZ
    individually and in his official capacities as Sheriff's
20  Deputy for the COUNTY OF SAN MATEO and
    DOES 1 to 100, inclusive.
21
            Defendants.
22

23      I, Joe Allred, declare:

24      1.   I am employed as a Conductor with the Amtrak Peninsula Commute Service, commonly

25  know as "Caltrain", and was so employed on July 11, 2006.

26      2.   Attached hereto is a true and correct copy of the Incident Report dated July 11, 2006

27  which I personally prepared. See Exhibit A.

28
    Case No. CV 07-04035 CW
    DECLARATION OF JOE ALLRED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY
                                   JUDGMENT

3. This report accurately describes what transpired when a man with a bike disrupted the operation of train #253 (I was working as a Conductor on that train) at approximately 2:35pm on July 11, 2006.

4. To summarize what happened, prior to arriving at the San Mateo Station, I had been instructed not to let a white male with a bike board the train. Upon arrival at the station, I saw the man with a bike who fit the description but he said it wasn't him. When I told him that he could not board he began to loudly use profanity and pointed his finger closely in my face. I told him to get his finger out of my face

5. Then two sheriffs arrive, wrestled with the man, fell on the bench and took the man to the ground as he struggled against them.

6. I did not observe the police punch or kick the man.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 14, 2008

By: _____
Joe Allred

L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Allred.doc

Case No. CV 07-04035 CW                              2
DECLARATION OF JOE ALLRED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

Received Fax                Jul 11 2006 17:21    Fax Station :   Transit Police

07/11/2006  17:16   2714992                SJC                    PAGE  01/02

06-3995

## AMTRAK PENINSULA COMMUTE SERVICE - INCIDENT REPORT
CREW MEMBER TO FILL OUT, SIGN AND TURN IN AT END OF TRIP
IF INJURY OCCURRED NOTIFY SCO IMMEDIATELY. USE REVERSE SIDE IF NECESSARY

TRAIN NO. 25   DATE 7/11/06   TIME 235
ENG: _____  CONSIST: _____
CONDUCTOR: ALLRED     ENGINEMAN: GOODROW
OTHER MEMBERS OF CREW: A/C CHUA
LOCATION: SAN MATEO                       MILE POST: _____

### INJURY REPORT
CAR NUMBER: _____
EMPLOYEE: _____
PASSENGER: _____ TRESPASSER: _____ OCCUPANTS OF VEHICLE: _____
NAME: _____
ADDRESS: _____
PHONE: _____ TYPE OF INJURY: _____
MEDICAL ATTENTION: Y  N   BY WHOM: _____
POLICE/FIRE: _____ IDENTIFY: _____

### ENGINE / CAB CAR
HEADLIGHT: BRIGHT __ DIM __      BELL: Y  N    HORN: Y  N
THROTTLE POSITION: _____  BRAKES: _____   SPEED: _____
WEATHER: _____       VISIBILITY: _____

### EXPLAIN WHAT OCCURRED
SCO INSTRUCTED US TO NOT LET A WHITE MALE 6'1, BROWN COAT, WHITE SHIRT, JEANS, TENNIS SHOES, BRN HAIR, AND BIKE BOARD OUR TRAIN AT SAN MATEO. HE WAS THERE. TOLD HIM WE'D TOLD NOT LET A MAN WHO FIT HIS DISCRIPTION BOARD THE TRAIN. HE SAID IF HE WASN'T HIM, HE JUST NEEDED TO GET TO WORK, OR HE'D GET IN TROUBLE. I SAID, WE COULDN'T LET HIM BOARD.

SEE ATTACHED

EMPLOYEE: _____           DATE: _____    TIME: _____

CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

JAN-14-2008  13:49            408 271 4994              97%              P.07

Received Fax :       Jul 11 2006 12:21       Fax Station :       Transit Police       P 2

07/11/2006  17:16  2714992                 SJC                    PAGE  02/02

06-3995

ABOUT 2:35 SAN MATEO

WAS INSTRUCTED TO NOT LET BOARD TRAIN
WHITE, MALE, 6'1", BROWN COAT, WHITE SHIRT,
TENNIS SHOES, BIKE
MALE FITTING DISCRIPTION WAS THERE
TOLD HIM WE'D BEEN ISTRUCTETED
TO NOT LET A PERSON OF THIS DISCRIBTION ON
HE SAID, IT WASN'T HIM, HE JUST NEEDED
TO GET TO WORK. HE'S GET IN TROUBLE IF HE DIDN'T
SAID, YOU CAN'T DO THIS, WANTED TO KNOW
WHO WOULD REIMBURSE HIM FOR TICKET
I TOLD HIM TO CALL 800 NO. ON BACK OF TICKET
HE BECAME LOUDER, STARTED POINT FINGER
AT ME, SAID PEOPLE LIKE ME WHERE GOING
TO ...., USED PROFANITY, SAID FUCK YOU.
I TOLD HIM TO GET YOUR FINGER OUT OF
MY FACE, AND STEPPED UP TO CLOSE DOORS
AS DOORS CLOSED, 2 SHERIFFS CAME OVER
FENCE, THEY WRESTLED, FELL ON BENCH,
THEN TOOK HIM TO GROUND. THE DOORS
CLOSED WITHOUT HIM EVER TOUCHING THE

—Joe Al...

CONTROLLED
DOCUMENT
NOT TO BE
DUPLICATED

GREG MUNKS, SHERIFF
SAN MATEO COUNTY