1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Eugene Whitlock, Deputy (SBN 237797)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA 94063
   Telephone: (650) 363-4989
4  Facsimile: (650) 363-4034
   E-mail: ewhitlock@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO, GREG MUNKS, DON
   HORSLEY, SALVADOR ZUNO and VICTOR
7  LOPEZ

8

                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | MICHAEL GALATI,                                    | Case No. CV 07-04035 CW
13 |              Plaintiffs,                           | **DECLARATION OF RENATO CHUA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
14 |       vs.                                          |
15 | COUNTY OF SAN MATEO; SAN MATEO                     |
   | COUNTY SHERIFF'S DEPARTMENT, GREG                  |
16 | MUNKS individually and in his official capacities as|
   | Sheriff for the COUNTY OF SAN MATEO, DON           |
17 | HORSLEY individually and in his former official    |
   | capacities as Sheriff of the COUNTY OF SAN         |
18 | MATEO; SALVADOR ZUNO, individually and in          |
   | his official capacities as a Sheriff's Deputy for the|
19 | COUNTY OF SAN MATEO; VICTOR LOPEZ                  |
   | individually and in his official capacities as Sheriff's|
20 | Deputy for the COUNTY OF SAN MATEO and             |
   | DOES 1 to 100, inclusive.                          |
21 |              Defendants.                           |
22

23   I, Renato Chua, declare:

24   1.   I am employed as an Engineer with the Amtrak Peninsula Commute Service, commonly

25 know as "Caltrain" and was so employed on July 11, 2006.

26   2.   Attached hereto is a true and correct copy of the Incident Report dated July 11, 2006

27 which I personally prepared. *See* Exhibit A.

28

Case No. CV 07-04035 CW
DECLARATION OF RENATO CHUA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

3. This report accurately describes what transpired when a man with a bike disrupted the operation of train #253 (I was working as an Engineer on that train) at approximately 2:33pm on July 11, 2006.

4. To summarize what happened, upon arrival at the San Mateo train station, I saw the man with a bike who fit the description of a troublemaker whom we had been warned about by San Jose Operations. When we denied him boarding, he began to loudly use profanity and pointed his finger closely in the face of Conductor Joe Allred. We then attempted to close the doors but the man would not get out of the way.

5. Then, two officers arrived to get the man out of the way and the man physically struggled to resist arrest. Eventually the officers were able to get him under control on the ground and handcuffed him.

6. I did not observe the police punch or kick the man.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 14, 2008

By: _____
Renato Chua

L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Gondrom.doc

Case No. CV 07-04035 CW                                2
DECLARATION OF RENATO CHUA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

07/11/2006  17:18    2714992    SJC    PAGE 01/02

06-3995

## AMTRAK PENINSULA COMMUTE SERVICE – INCIDENT REPORT
CREW MEMBER TO FILL OUT, SIGN AND TURN IN AT END OF TRIP
IF INJURY OCCURRED NOTIFY SCC IMMEDIATELY. USE REVERSE SIDE IF NECESSARY

TRAIN NO. 253    DATE 7-11-06
ENG. 909    CONSIST    TIME 2:33 PM
CONDUCTOR: ALLRED
OTHER MEMBERS OF CREW: CHUA    ENGINEMAN: CONORAN
LOCATION: SAN MATEO STN.    MILE POST:

### INJURY REPORT
CAR NUMBER:
PASSENGER:    EMPLOYEE:
    TRESPASSER:    OCCUPANTS OF VEHICLE:
NAME:    ADDRESS:
PHONE:    TYPE OF INJURY:
MEDICAL ATTENTION: Y  N    BY WHOM:
POLICE/FIRE:    IDENTIFY:

### ENGINE/CAB CAR
HEADLIGHT: BRIGHT  DIM
THROTTLE POSITION:    BELL: Y  N    HORN: Y  N
WEATHER:    BRAKES:    SPEED:
    VISIBILITY:

EXPLAIN WHAT OCCURRED:
UPON OPENING THE DOORS AT SAN MATEO, WE RECOGNIZED THE GUY WITH A BIKE THAT FITS THE DESCRIPTION OF A TROUBLE MAKER THAT WAS CALLED TO US BY SJO. WHEN WE REFUSED TO HAVE HIM ON BOARD, HE BEGAN USING PROFANITY OUT LOUD & STARTED POINTING HIS FINGER TOO CLOSE AT MR. ALLRED. THE CONDUCTOR ASKED HIM NOT TO DO THAT & WE STARTED TO CLOSE THE DOORS. PROBLEM WAS HE'S STILL BENT ON GETTING ON BOARD. THEN TWO OFFICERS ARRIVED & THIS GUY WAS RESISTING ARREST THE WHOLE TIME. THEY FINALLY →

EMPLOYEE: CHUA    DATE: 7-11-06    TIME: 3:50 PM

CONTROLLED DOCUMENT
NOT TO BE DUPLICATED

GREG MUNKS, SHERIFF
SAN MATEO COUNTY

07/11/2006 17:18   2714992                    SJC                         06-3995
                                                                     PAGE 02/02

GOT HIM DOWN → HANDCUFFED. ONE OF THE OFFICERS
GOT OUR NAMES + A SMALL STATEMENT



CONTROLLED DOCUMENT NOT TO BE DUPLICATED
GREG MUNKS, SHERIFF
SAN MATEO COUNTY