MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4989
Facsimile: (650) 363-4034
E-mail: ewhitlock@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, GREG MUNKS, DON
HORSLEY, SALVADOR ZUNO and VICTOR
LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALATI,<br><br>             Plaintiffs,<br><br>      vs.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT, GREG MUNKS individually and in his official capacities as Sheriff for the COUNTY OF SAN MATEO, DON HORSLEY individually and in his former official capacities as Sheriff of the COUNTY OF SAN MATEO; SALVADOR ZUNO, individually and in his official capacities as a Sheriff's Deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as Sheriff's Deputy for the COUNTY OF SAN MATEO and DOES 1 to 100, inclusive.<br><br>             Defendants. | Case No. CV 07-04035 CW<br><br>**DECLARATION OF ERIC PENNINGTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Eric Pennington, declare:

1.    I own my own business located at 21 South Railroad Avenue in San Mateo, CA and was there on July 11, 2006.

2.    At approximately 2:30p.m. on that day I observed a dispute at the San Mateo Caltrain Station between a man with a bike trying to board the train and the train personnel, and the intervention

1  of two Deputy Sheriffs.

2      3.    I saw the man starting to board the train with his bike while the train personnel told him

3  that he could not board. The man was very loud and swearing continuously. It seemed that every other

4  thing he said was "F--- You!"

5      4.    The officers came up behind the man and asked him to calm down and get off the train.

6  They repeated this request to him several times but the man continued to curse and swear at them. The

7  officers gave the man every opportunity to comply with their directives but he was "crazed", as if he was

8  on drugs, and ignored them.

9      5.    Then the officers put their hands on the man to get away from the train and under control

10  and the man began to struggle. Eventually the officers wrestled him to the ground as the man continued

11  to resist and flail about.

12      6.    Eventually the officers were able to put handcuffs in the man while he was on the ground.

13  Once handcuffed, the man lunged in the direction of the officers.

14      7.    I did not see the officers hit, kick, punch or otherwise strike the man. To the extent the

15  officers used any force, it was the minimum necessary to get the man under control.

16      8.    In my opinion, the officers acted completely professionally and did nothing wrong.

17      I declare under penalty of perjury under the laws of the State of California that the foregoing is

18  true and correct.

19

20  Dated: January *10*, 2008

21                          By: _Eric Pennington_ (signature)

22                              Eric Pennington

23

24  L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Eric Pennington.doc

25

26

27

28

    Case No. CV 07-04035 CW         2
DECLARATION OF ERIC PENNINGTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY