MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4989
Facsimile: (650) 363-4034
E-mail: ewhitlock@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO and VICTOR LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALATI,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT, GREG MUNKS individually and in his official capacities as Sheriff for the COUNTY OF SAN MATEO, DON HORSLEY individually and in his former official capacities as Sheriff of the COUNTY OF SAN MATEO; SALVADOR ZUNO, individually and in his official capacities as a Sheriff's Deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as Sheriff's Deputy for the COUNTY OF SAN MATEO and DOES 1 to 100, inclusive.<br><br>        Defendants. | Case No. CV 07-04035 CW<br><br>**DECLARATION OF SALVADOR ZUNO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

        I, Salvador Zuno, declare:

        1.     I am a deputy sheriff for the County of San Mateo Sheriff's Office and have been so employed since August of 2003. At the time of Plaintiff's arrest on July 11, 2006 I was assigned to the San Mateo County Sheriff's Office – Transit Police Bureau, which provides law enforcement services to Caltrain (the Peninsula Corridor Commuter Railroad) by contract.

Case No. CV 07-04035 CW

2.  I am not a final policymaker for the Sheriff's Office or the County of San Mateo.

3.  On July 11, 2006, Deputy Lopez and I were called to the San Mateo Caltrain station to respond to complaints that an individual, who was later identified as Mr. Galati, was blocking Caltrain #151 from departing and yelling at a train conductor.

4.  Before we arrived to the San Mateo Caltrain Station, we had been informed by County Communications, that Galati had allowed the train to depart.

5.  A second train had arrived by the time Deputies Lopez and I arrived at the train station. When we arrived, I personally observed and heard Galati screaming profanities, e.g. "F--- You, You Motherf-----", into the face of Conductor Joe Allred while waving his hand and pointing it just inches from the conductor's face in an aggressive manner.

6.  Deputy Lopez verbally ordered Galati to back away from the train, telling him to "Step back." Plaintiff replied "No, F--- you, Why?"

7.  When Deputy Lopez repeated his command and motioned for Galati to step away from the train, Galati forcefully turned his bike in the direction of Deputy Lopez in an apparent attempt to strike him.

8.  I then attempted to physically subdue Galati by tackling him and ordered him to let go of the bicycle.

9.  Galati repeated his profanities and began to physically resist.

10. Deputy Lopez and I continued to instruct Galati to stop resisting and to stop fighting, but he merely became more violent and aggressive towards both of us.

11. The struggle resulted in us wrestling with Galati to the ground. Plaintiff struck both deputies several times with his arms and elbows during the struggle. Eventually, we deputies were able to secure Galati in handcuffs. However, he continued to kick and scream obscenities.

12. The level of force Deputy Lopez and I used to bring Mr. Galati under control and arrest him was the minimum amount we could use without risking injury to myself or Deputy Lopez due to Mr. Galati's violent resistance of arrest.

13. We employed and attempted commonly recognized pain compliance techniques, such as wrist locks, arm bars and knee strikes in order to bring Galati under control.

14. After Mr. Galati was brought under control we checked him for injuries and did not find any. We also asked Galati if he needed any medical attention. Galati responded with a variety of profanities and did not request any medical attention.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 17, 2008

By: _____
Salvador Zuno

L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Zuno.doc