1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Eugene Whitlock, Deputy (SBN 237797)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA 94063
   Telephone: (650) 363-4989
4  Facsimile: (650) 363-4034
   E-mail: ewhitlock@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO, GREG MUNKS, DON
   HORSLEY, SALVADOR ZUNO and VICTOR
7  LOPEZ

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  MICHAEL GALATI,                        Case No. CV 07-04035 CW

13         Plaintiffs,                     DECLARATION OF MICHAELA BANKS
                                           IN SUPPORT OF DEFENDANTS' MOTION
14     vs.                                 FOR SUMMARY JUDGMENT

15  COUNTY OF SAN MATEO; SAN MATEO
    COUNTY SHERIFF'S DEPARTMENT, GREG
16  MUNKS individually and in his official capacities as
    Sheriff for the COUNTY OF SAN MATEO, DON
17  HORSLEY individually and in his former official
    capacities as Sheriff of the COUNTY OF SAN
18  MATEO; SALVADOR ZUNO, individually and in
    his official capacities as a Sheriff's Deputy for the
19  COUNTY OF SAN MATEO; VICTOR LOPEZ
    individually and in his official capacities as Sheriff's
20  Deputy for the COUNTY OF SAN MATEO and
    DOES 1 to 100, inclusive.
21
           Defendants.
22

23
           I, Michaela Banks, declare:
24
           1.    I am a Medical Office Assistant for the County of San Mateo Jail, Maguire Correctional
25
    facility. In this position, I am responsible for overseeing the medical records of the inmates.
26
           2.    I have reviewed the medical records of the jail for Michael Galati relating to his July 11,
27
    2006 arrest and subsequent detention. A true and copy of his records are attached hereto as Exhibit A.
28

Case No. CV 07-04035 CW
DECLARATION OF MICHAELA BANKS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 9th, 2008

By: _____
    Michaela Banks

L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Banks.doc

Case No. CV 07-04035 CW                2
DECLARATION OF MICHAELA BANKS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

San Mateo County
Correctional Health Service.

Name: Galati, Mike         ID#: 279515         DOB: 6/12/68

A GALATI, MICHAEL
0279515
06-12-68 M
MRN 0286362

Sex: ☒ M ☐ F   Date: 7/11/6   Time: 2025

## NURSE OBSERVATION

|    |    | Y | N |
|----|----|---|---|
| 1. Intoxication and/or withdrawal? ☐ Poor Coordination ☐ Gooseflesh ☐ Lethargy ☐ Odor | | | |
| 2. Any obvious respiratory problems? ☐ Dyspnea ☐ Wheezing ☐ Tachypnea | | | |
| 3. Is the arrestee: ☐ Combative ☐ Verbally Abusive ☐ Agitated ☐ Depressed | | | |
| 4. Is the arrestee: ☐ Incoherent ☐ Disoriented ☐ Lethargic ☐ Inappropriate | | | |
| 5. Is the arrestee: ☐ Hyper-talkative ☐ Non-Communicative ☐ Vague ☐ Unkempt | | | |
| 6. Are there any signs of trauma? Describe: | | | |

### MEDICAL QUESTIONNAIRE

7. Do you have any of the following problems?
   ☐ Asthma          ☐ ENT Problems         ☐ Hernia              ☐ Seizures/Epilepsy
   ☐ Back Injuries   ☐ FX/Sprains           ☐ HIV/AIDS            ☐ Diabetes
   ☐ Dental Problems ☐ Intestinal Disorders ☐ Disease/Operations  ☐ STD's
   ☐ Deformities     ☐ Heart Trouble/CAD/CHF ☐ Stroke/CVA         ☐ Emphysema/COPD
                     ☐ High Blood Pressure   ☐ Cancer:
   ☐ Hepatitis: Type: _____ Date: _____    Other: _____
   ☐ Pregnant/Due Date                      ☒ Denies having any health problems

8. Allergies: ☒ NKA   ☐ Bee Sting   ☐ Food   ☐ Drug

|   | Y | N |
|---|---|---|
| 9. Are you taking or do you need to take any prescribed medications (including psychiatric, birth control pills)? Medication & dose: ∅  Last time taken: _____ Name of MD &/or Pharmacy _____ | | |
| 10. Have you had a cough for more than three weeks with any of the following: ☐ fever, ☐ weight loss, ☐ fatigue, ☐ night sweats? ☒ Denies all symptoms  Have you ever been treated for tuberculosis? When: _____ Where: _____ TX: _____  Have you ever lived with anyone who had TB? ☐ YES ☐ NO  Last TST: Date: w/in ☐ Positive ☒ Negative  CXR: Date: _____ Where: _____ Result: _____  Comments: 1 yr. | | |
| 11. Have you had a head injury/traffic accident or altercation in the past 72 hours? | | |
| 12. Date and time of last drink: 5 days    Any seizures or DTs? How much do you drink? | | |
| 13. Do you use any street drugs such as ☐ heroin, ☐ cocaine, ☐ methamphetamine, ☐ marijuana or any other drugs? Method: _____ How much: _____ Last use: _____ | | |
| 14. Are you receiving methadone? Name of Clinic: | | |
| 15. Have you been hospitalized with medical problems recently? When: _____ Where: _____ | | |
| 16. Do you have any ☐ rashes, ☐ cuts, ☐ boils, ☐ abscesses, or ☐ other skin diseases? | | |
| 17. Do you have any ☐ artificial limbs, ☐ braces, ☐ dentures, ☐ hearing aid, ☐ contact lenses or ☐ eyeglasses? | | |
| 18. Have you ever tried to harm yourself or take your own life? When: | | |
| 19. Are you thinking of harming yourself now? | | |
| 20. Are you currently receiving psychiatric treatment? | | |
| 22. Have you been a patient in a psychiatric hospital within the last 3 months? Where: | | |
| 23. Have you ever been treated at a Regional Center or diagnosed with developmental problems? | | |

**I acknowledge that I have been given written and verbal instructions regarding access to health services and the co-pay policy.**

Inmate Signature X _Mike Galati_         Date _____

GALATI 0017

# Health Inventory

**Social History:**
Occupation: Waiter   Education: 12TH   Marital Status: ☐S ☐M ☐W ☒D
Number of Children: 0
☒Tobacco Use, Packs per day 1   ☐ETOH use   ☐Drug use   How much / often:

**STD History:**
☐Dx of VD in last 6 months Where:_____ When:_____ Treated:_____
☐Sexual Contacts dx'd with VD in last 3 months?
Do You currently have any of the following symptoms?
☐Pain of burning on urination   ☐Penile/ vaginal discharge   ☐genital blisters, sores   ☐Abdominal or pelvic pain
☐Unexplained rash over a large area of your body  ☐Had sex with >2 people in 3 months   ☐Worked as a prostitute
☐Sex with a Prostitute   ☐Had anonymous sex   ☐Reason to believe you have an STD? Why_____
☒Denies symptoms and high risk contacts

**Review of Systems:**                                                              **Comments:**
Const: ☐ Fever   ☐ Chills   ☐Weight loss   ☐weakness      ☒ No complaint
Eyes: ☐ Blurred/Double Vision                              ☒ No complaint
Ears: ☐ Hearing loss   ☐ earache   ☐ ringing in ears      ☒ No complaint
Nose: ☐ Nasal Drainage ☐ Nose Bleeds                       ☒ No complaint
Mouth: ☐ Sore Throat   ☐ Mouth Sores   ☐ Difficulty Swallowing   ☒ No complaint
Teeth: ☐ Dental pain   ☐ oral lesions   ☐ toothache        ☒ No complaint
Neck: ☐ Lumps   ☐ Swelling   ☐Stiffness                    ☒ No complaint
Resp: ☐ SOB   ☐Cough   ☐Wheezing   ☐Sputum   ☐ Coughing blood   ☒ No complaint
CV: ☐ Chest pain   ☐ Palpitations   ☐ Murmur              ☒ No complaint
GI: ☐ Nausea ☐ Vomiting ☐ diarrhea ☐ constipation ☐ Black Stools   ☒ No complaint
GU: ☐ blood in urine ☐urgency ☐frequency ☐ night urination
    ☐ penile/vaginal discharge ☐blisters ☐ sores ☐ ulcers ☐ Pelvic pain   ☒ No complaint
Breasts: ☐ Lumps   ☐ pain   ☐ nipple discharge
Musc: ☐ new bone or joint pain   ☐ back problems            ☒ No complaint
Endocrine: ☐ Hot flashes                                   ☒ No complaint
Immuno/allergic: ☐ Hives ☐ Seasonal allergies              ☒ No Complaint
Neuro: ☐ focal weakness ☐ headache ☐ seizure ☐ Syncope    ☒ No complaint

**Females Only:**
Number of: Pregnancies: #____   Miscarriages: #____   Abortions: #____   Live births #____
Date of: LMP____   Last PAP____   Last mammogram____
Given birth in the last year? ☐ Yes ☐No Date:____
Any vaginal discharge? ☐ Yes ☐ No
Any Hx of Breast Cancer? ☐ Yes ☐ No

Pregnancy Test: Date:____   ☐ negative  ☐ Positive   Fetal Heart Tones:____

☐ See Progress Notes for further comments.

**VITAL SIGNS** (AS INDICATED) Temp:____ Pulse:____ Resp:____ BP:____ SpO2:____
Glucometer____ Sated Weight____ Pain Scale: (1 - 10))____ Explain:____
Is there any reason you cannot be an inmate worker?   ☐ Yes ☒ No  Explain:____

**DISPOSITION**                                    **WORK STATUS**
☒ Acceptable for Booking: ☐ WCC  ☒MCF  ☐ MST      ☒ General

☐ Special Housing : ☐SLU ☐Sobering Cell ☐CTC       ☐ Kitchen        ☐ No Kitchen

☐ Referral: ☐ Mental Health  ☐Medical              ☐ Light Duty/No Kitchen

☐ Refused: Reason:____                             ☐ No Work
    ☐ Clearance Needed: ☐ED ☐PES
                                                   ☐ Hold for Follow-up/Recheck on:

Initial when done: Old Record retrieved____   Record reviewed____

Interviewer Signature _____   RN/LVN/MSA Date: 7/11/6

MD Signature _____Sherman_____   MD Date 7/12/06
Revised 12/22/03

# CORRECTIONAL HEALTH SERVICES
# PROGRESS RECORD

| NAME | GALATI, MICHAEL<br>0279515<br>06-12-68 M<br>MRN 0286362 | DOB |
|------|---------|-----|

**DATE/TIME** / **SIGNATURE**

7/11/06 01545  I/M combative, was placed in sobering cell. Police officer reports I/M stood in front of the train (when the train was stopped) and did not want to move. I/M assaulted arresting officer. VAX shows tx for 296.03 Bipolar I and 309.24 Vod5/DD. Will be seen by MH later. —— C.Copa RN

7/11/06 2235 (S) seen in booking (O) I/M extremely agitated and unable to cooperate w/ interview. Oriented to time + place. (A) Agitated presentation. (P) Reassess at a later time.
—— MH Counselor  C.Copa 7-14-06

7/12/06 1330 (S) completed MH intake and suicide assessment. (O) I/M [illegible] consent [illegible] the [illegible]. I/M denied current S/I and denied H/I or SA's. He reported current my I [illegible] meds. I/M reported he was arrested following a verbal altercation on the train. He reported he was [illegible] passage on the train and was standing in front of the train "like [illegible] posts" I was not trying to kill myself. I'm afraid of the [illegible] Huge at [illegible]. He reported he smoked MJ "a few x per week" last drink "3-4 days ago". He reported last meth use "1 month ago" & mont[illegible] "a few x per year". I/M reported using marijuana "one month ago." I/M stated he lived with his gf & works as a writer but recently lost his job. I'm agitated by no 2's Rx when he first came into custody [illegible] VAX confirm tx in 02 tx 309.24 & 296.03. I/M denied current SI or HI or thoughts. (P) continue plan, MH intake complete.
C.Copa 7-14-06  [signature] Psy.D.

# CORRECTIONAL HEALTH SERVICES
# PROGRESS RECORD

GALATI, MICHAEL
0279515
06-12-68 M
MRN 0286362

ID#      DOB      SIGNATURE

7-21-06 @ 1720. (S) Rec'd call from custody about 20:00 hrs, regarding IM appearing very nervous and anxious; IM reports having difficulty breathing, feeling closed in; anxious; sweaty and like he is "getting crazy" but fighting it. (O) IM appears anxious; speech is clr but thoughts are incoherent, sentences are fragmentary (A) IM confirms METH use, denies S/I, H/I, A/V/H but states he "senses him". IM appears to calm when discussing more open spaces; IM may be claustrophobic, but clearly appears anxious. Refused XANAX — recommend classification move IM to old McBride (P) F/U PRN — DMC.

7/27/06 14:15 (S): F+W FTW (O): IM OX4; subdued mood and tearful at times. Linear TP. IM denies current S/I. We discussed release plans (returning to school, looking for work). Some difficulty focusing thoughts, but able to re-direct. (A): Engaged w/ counseling w/ some future focused thoughts. (P): Continue F/U; will discuss with classification any move to old McBride, 2° to IM's reported claustrophobia.
                                        C. [illegible] 7-27-06 [illegible] Schley, Psy.D

San Mateo County Correctional Health Services

# SUICIDE PREVENTION ASSESSMENT FORM

Name GALATI, MICHAEL          DOB _____
     ID# 0279515     M   -
AKA  DOB: 06/12/1968                ID# _____

| QUESTIONS: | YES | NO |
|---|---|---|
| 1. Do you have serious problems, other than legal, bothering you?: | | |
|     Serious health or money problems? | 1 | ⓪ |
|     Family or relationship problems (children, parents, significant other)? | 1 | ⓪ |
|     Problems in the jail? Or other serious problems (C.D. issues)? | ① | 0 |
| 2. Have you experienced any of the following in the last year? | | |
|     Loss of relationship? | 1 | ⓪ |
|     Loss of job or income? | ① | 0 |
|     Loss of housing? | 1 | ⓪ |
|     Death in the family? | 1 | ⓪ |
| 3. Have you ever seriously considered suicide? | 1 | ⓪ |
|     Are you thinking of killing/harming yourself now? | 1 | ⓪ |
|     What do you think you might do? | | |
|     Lethal plan or refuses to answer | 2 | ⓪ |
| 4. Have you ever tried to kill yourself? | 2 | ⓪ |
|     Were you hospitalized? | 1 | ⓪ |
|     Has anyone in your family committed suicide? | 1 | ⓪ |
| 5. Do you have contact with friends? family? | ⓪ | 1 |
|     Do you anticipate anyone visiting you while in jail? | ⓪ | 1 |
|     Will family/friends put money on books for you? | ⓪ | 1 |
| 6. What are your plans for the future? (Prison or no plans =1) | ⓪ | 1 |
|     Employment, school or financial resources? | 0 | ① |
|     Place to live? (Drug/alcohol program?) | ⓪ | 1 |
| 7. Signs of depression: | | |
|     Withdrawn, sad, tearful, psychomotor retardation | 1 | ⓪ |
|     Does not want to talk, halting or slowed speech | 1 | ⓪ |
|     Inmate feels hopeless | 3 | ⓪ |
| 8. Signs of psychosis, impaired reality contact: | | |
|     Agitated, responding to voices or pressured | 1 | ⓪ |
|     Delusional or paranoid thoughts or bizarre behavior | 1 | ⓪ |
| 9. Charges are serious | ① | 0 |
|     Charges include murder, attempted murder, rape, kidnapping, mayhem, child molest, domestic violence or other serious offenses | ② | 0 |

GALATI 0021

| | | YES | NO |
|---|---|---|---|
| | Charges involve a child/minor or family member | 1 | (0) |

| | QUESTIONS: | YES | NO |
|---|---|---|---|
| 10. | What will (or has) happened to you if convicted? | | |
| | Expect sentence of at least 90 days? | 1 | (0) |
| | Expect to be sent to prison? | 1 | (0) |
| | Expect more than 3 years? | 1 | (0) |
| 11. | Arresting or transporting officer reports information indicating that the arrestee may present suicide risk factors | 1 | (0) |
| | Officer reports specific suicide threat | 1 | (0) |
| 12. | Inmate is under the influence of alcohol or drugs  *Obn'd* | 2 | (0) |
| 13. | Inmate currently anticipates a difficult drug or alcohol withdrawal | 2 | (0) |
| 14. | Inmate is chemically dependent | (2) | 0 |
| 15. | Inmate has a position of respect in the community | 1 | (0) |
| 16. | Inmate appears to feel embarrassed, ashamed or humiliated | 1 | (0) |
| 17. | Inmate is very anxious, afraid or angry | 1 | (0) |
| 18. | Inmate is impulsive or unable to cope with jail (e.g. first arrest) | 1 | (0) |
| 19. | Inmate has significant health problems | 1 | (0) |
| 20. | Old chart review shows past suicide risk | (1) | 0 |
| 21. | Have you ever been in mental health treatment or counseling | (1) | 0 |
| 22. | Inmate has a diagnosis of chronic psychotic disorder | 2 | 0 |
| 23. | Inmate is male = 2   female = 0 | (2) | 0 |
| | **TOTAL SCORE** | /2 | |

**Suicide risk level is determined by clinical evaluation of the client. The following categories are suggestive of probable risk levels but are not intended to replace clinical judgment. Assign a higher risk level when you are unable to obtain sufficient information to complete your assessment. The risk level can be reduced when you acquire additional information that indicates a lower risk.**

(12-17 = Minimal Risk)   18-23 = Moderate Risk   >23 = Severe Risk

Comments:

Screener: *Harriett Sims, Psy.D*   Date: *2/12/06*

C:\SUI Assess Fm 090605                                          PAGE 2

GALATI 0022

GALATI, MICHAEL
0279515
06-12-68 M
MRN 0286362

Correctional Health Services
Mental Health Intake Summary
[X] Full Intake Completed
[ ] Evaluation for suicide risk & chemical dependency (probable history of C.D. & no psych history).
[ ] Unable to complete full intake - hostile/aggressive behavior.

## Mental Status Exam

### APPEARANCE & BEHAVIOR PROBLEMS
- [ ] YES [X] NO  INTOXICATED
- [ ] YES [X] NO  UNCOOPERATIVE
- [ ] YES [X] NO  POOR RAPPORT
- [ ] YES [X] NO  BELLIGERENT
- [ ] YES [X] NO  WITHDRAWN
- [ ] YES [X] NO  BIZARRE
- [ ] YES [X] NO  MOTOR RETARDATION
- [ ] YES [X] NO  SUSPICIOUS
- [ ] YES [X] NO  HYPERACTIVE/AGITATED
- [ ] YES [X] NO  TREMULOUS
- [ ] YES [X] NO  UNKEMPT

### COGNITIVE FUNCTIONING
- [ ] YES [X] NO  ALTERED LEVEL OF CONSCIOUSNESS
- [ ] YES [X] NO  DISORIENTED
    - [ ] TIME  [ ] PLACE  [ ] PERSON  [ ] SITUATION
- [ ] YES [X] NO  ATTENTIONAL PROBLEMS
- [ ] YES [X] NO  MENTAL RETARDATION

### MOOD/AFFECT
- [ ] YES [X] NO  SAD/DEPRESSED
- [ ] YES [X] NO  ANGRY
- [ ] YES [X] NO  EUPHORIC
- [ ] YES [X] NO  INAPPROPRIATE
- [ ] YES [X] NO  LABILE

### THOUGHT PATTERN
- [ ] YES [X] NO  ALTERED PRODUCTIVITY
    - [ ] increase  [ ] decrease
- [ ] YES [X] NO  THOUGHT BLOCK
- [ ] YES [X] NO  DISORGANIZED THOUGHT PATTERNS
(tangential, loose, incoherent, flight of ideas)

|  | GOOD | FAIR | POOR |
|---|---|---|---|
| JUDGEMENT | [ ] | [ ] | [X] |
| INSIGHT | [ ] | [X] | [ ] |

### THOUGHT CONTENT
- [ ] YES [X] NO  INADEQUACY/WORTHLESSNESS
- [ ] YES [X] NO  HOPELESSNESS
- [ ] YES [X] NO  THOUGHT INSERTION
- [ ] YES [X] NO  THOUGHT BROADCASTING
- [ ] YES [X] NO  THOUGHT WITHDRAWAL
- [ ] YES [X] NO  DELUSIONAL:
    - [ ] grandiose      [ ] of control
    - [ ] somatic        [ ] bizarre
    - [ ] persecutory    [ ] other

### PERCEPTION
- [ ] YES [X] NO  HALLUCINATIONS:
    - [ ] auditory [ ] visual [ ] other
- [ ] YES [X] NO  OTHER PERCEPTUAL ABNORMALITIES

### OTHER PHENOMENA
- [ ] YES [X] NO  OBSESSIONS
- [ ] YES [X] NO  COMPULSIONS
- [ ] YES [X] NO  PHOBIAS
- [X] YES [ ] NO  GENERAL ANXIETY
- [ ] YES [X] NO  HYPOCHONDRIACAL PREOCCUPATION
- [ ] YES [X] NO  PANIC

### SOMATIC FUNCTIONING
- APPETITE PROBLEM  [ ] dec.  [ ] inc.  [X] wnl
- SLEEP PROBLEM  [ ] can't  [ ] too much  [X] wnl
- WEIGHT PROBLEM  [ ] loss  [ ] gain  [X] wnl

### ESTIMATED INTELLIGENCE
[ ] below average  [X] average  [ ] above average

### OTHER OBSERVATIONS
_____
_____
_____

SOURCE OF REFERRAL: ☒ INTAKE ☐ MEDICAL ☐ DEPUTY ☐ INMATE REQUEST ☐ OTHER: _____

REASON FOR REFERRAL: _____

ANY INMATE COMPLAINTS: _____

## PERSONAL HISTORY

EDUCATION: ☐ 9 or less ☐ 10 ☐ 11 ☒ 12 ☐ GED ☐ some college (or more)

MARITAL STATUS: ☐ single ☐ married (___ times) ☒ divorced ☐ separated ☐ widowed ☐ live w/ partner

CHILDREN: ☒ 0 ☐ 1 ☐ 2 ☐ 3 ☐ 4 or more ☐ step-children

USUAL OCCUPATION: ☐ laborer ☒ tradeworker ☐ sales ☐ clerical ☐ technical ☐ managerial
☐ paraprofessional ☐ professional ☐ family care giver ☐ unemployed-seeking ☐ unemployed-not seeking

LIVING QUARTERS (Prior to arrest): ☐ apartment ☒ house ☐ rented room ☐ shelter ☐ park/street ☐ jail/prison
☐ treatment program - How long? _____

WERE YOU LIVING: ☐ by yourself ☒ family ☐ friends ☐ other _____

MENTAL HEALTH HOSPITALIZATION: ☒ YES ☐ NO    IF YES: ☐ voluntary ☐ involuntary
☐ once ☐ twice ☐ 3-5 times ☐ more than 5 times

LENGTH OF STAY: ☐ less than a day ☐ 1-3 days ☐ 4 days-1 week ☐ 1-2 weeks ☐ more than 2 weeks

FAMILY HISTORY OF MENTAL ILLNESS: ☐ YES ☒ NO   IF YES (relation, etc.): _____

VAX (5150, etc.): #261589 / last contact 02; DX 309.24 & 309.03

NOT IN VAX ☐

## PSYCHIATRIC MEDICATION

TAKING CURRENTLY: ☐ YES ☒ NO   IF YES: _____ (DRUG NAME & DOSAGE & DURATION)

TOOK IN PAST: ☐ YES ☒ NO   IF YES: _____ (DRUG NAME & DOSAGE)   __/__/__ - __/__/__ (DATES)

## MENTAL HEALTH COUNSELING OR THERAPY

CURRENTLY ☐ YES ☒ NO   ☐ Voluntary ☐ Court-Ordered

PAST ☒ YES ☐ NO   ☐ once, short term ☐ once, long term ☐ many times

DETAILS (therapist name, city, dates): "in jail"

## CRIMINAL JUSTICE HISTORY

| YES | NO | |
|---|---|---|
| ☒ | ☐ | EVER BEEN ARRESTED BEFORE NOW?  IF YES: HOW MANY TIMES? several |

AGE AT FIRST ARREST: _____

☒ ☐ EVER BEEN TO PRISON   x4 (5 y) 10 yrs ago - Cochran, Susanville
☒ ☐ HX OF VIOLENT OFFENSES (assault)
☐ ☒ HX OF SEXUAL OFFENSES
☐ ☒ CURRENTLY SENTENCED

CURRENT CHARGES: PC 245(a)(1), PC 422, PC 148(a)(1), PC 243(b), PC 369i

GALATI 0024

**CHEMICAL DEPENDENCY ASSESSMENT:**
(PRESENT = IN THE PAST 12 MONTHS; PAST = MORE THAN 12 MONTHS AGO)

| SUBSTANCE | PRESENT YES NO | PAST YES NO | AGE STARTED | AMOUNT USED/$ SPENT | FREQUENCY CODE | LAST USED |
|---|---|---|---|---|---|---|
| ALCOHOL | X ☐ | X ☐ | 20 | 6-7 drinks 40z or Beer | 2 | 3-4 days ago |
| MARIJUANA | X X | X ☐ | | | 4 | 1 month ago |
| HALLUCINOGENS: (LSD, PCP, peyote) | ☐ X | ☐ X | | | | |
| STIMULANTS: (Cocaine, Crack, Amphetamines) | ☐ X X | X ☐ X | | $20+ | 6 | @ 15 y.o. 1 month ago |
| OPIATES: (Heroin, Codeine, Vicodin, Methadone) | ☐ X | ☐ X | | | | |
| BENZODIAZEPINES: (Valium, Xanax) | ☐ X | ☐ X | | | | |
| INHALANTS - any | ☐ X | ☐ X | | | | |
| OTHER DRUGS | ☐ X | ☐ X | | | | |

**FREQUENCY CODE:** [1] - daily or more  [2] - a few times a week  [3] - 1x / week
[4] - a few x / month  [5] - 1 x / month  [6] - a few x / year  [7] - binge  [8] - other

HAVE YOU EVER ATTENDED: X AA/NA  8 y.o. ago  X INPATIENT REHAB  ☐ OUTPATIENT COUNSELING  ☐ METHADONE CLINIC

IF YES: WHERE/WHEN? _1 yr. ago_

ARE YOU EXPERIENCING ANY DETOX SYMPTOMS CURRENTLY?  ☐ YES  X NO

DO YOU EXPECT TO?  ☐ YES  X NO   IF YES, WHAT? _____

Do you know that we have 12-step meetings on almost every Pod here? Check with the deputy after you're housed to find out the time and day of the week of the meeting on your pod.
COMPLETED?  X YES  ☐ NO

Here is an application for the choices Recovery Program. You can leave it with the deputy where you're housed and a counselor from Choices will come to discuss the program and interview you.
COMPLETED?  ☐ YES  X NO

**DISPOSITION:**

☒ SR  ☐ SP  ☐ CO  ☐ SW   (seen 7/12/06)   (recommended)
☐ House per Classification  ☐ Special Housing  ☒ Medication Referral  ☒ CHOICES application
☐ Life Skills

☐ 5150 Required    ☐ Conservatorship referral required    ☐ Alerts in place    ☐ SP Diet Alerts

☐ follow-up with: _____ On _____ Or ☐ PRN

☐ Other: _____

☒ Other: per SR protocol

Plans after release: Return home (lives with parents; works as writer)

_Harriett Seuly, Psy.D._
Signature

7/12/06  1415
Date/Time

_[signature] Ph.D._
Reviewed By

10/26/06
Date/Time

GALATI 0026