MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4989
Facsimile: (650) 363-4034
E-mail: ewhitlock@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO and VICTOR LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALATI,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT, GREG MUNKS individually and in his official capacities as Sheriff for the COUNTY OF SAN MATEO, DON HORSLEY individually and in his former official capacities as Sheriff of the COUNTY OF SAN MATEO; SALVADOR ZUNO, individually and in his official capacities as a Sheriff's Deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as Sheriff's Deputy for the COUNTY OF SAN MATEO and DOES 1 to 100, inclusive.<br><br>Defendants. | Case No. CV 07-04035 CW<br><br>**DECLARATION OF CLAUDIA SORIA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Claudia Soria, declare:

1. I am the Claims Administrator for the County of San Mateo and have been so employed since December 8, 2004. In this position, I am responsible for overseeing all of the tort claims filed against the County of San Mateo and its employees.

2. I have reviewed the records of the County of San Mateo and found only one claim filed by

1  Michael Galati relating to his July 11, 2006 arrest and subsequent detention. I received it on January 10,
2  2007. A true and copy of this claim is attached hereto as Exhibit A (Claim of Michael Galati).
3      3.    Mr. Galati did not file a claim against Greg Munks or against Don Horsley.
4  I declare under penalty of perjury under the laws of the State of California that the foregoing is
5  true and correct.

Dated: January 11, 2008

By: *Claudia Soria*
Claudia Soria

L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Mafi.doc

# EXHIBIT A

**CLAIM AGAINST THE COUNTY OF SAN MATEO AND SAN MATEO SHERIFF'S DEPT.**
*(Please print legibly or type. Please do not use pencil)*

Claimant's Name: Michael Galati

Claimant's Address: 1110 Tournament Drive

City & State: Hillsborough, CA    Zip Code: 94010   Phone: 650-483-8060

Amount of claim: $ unknown at this time

Address to which notices are to be sent (if different than above): hand delivered

RISK MANAGEMENT
JAN 10 2007
WANDA MAFI

Fred G. Meis, Meis & Associates
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel: 415-981-4612

RECEIVED IN THE OFFICE OF
JAN 10 2007
CLERK OF THE BOARD OF SUPERVISORS

Date & Location of Incident: 07/11/06 San Mateo Caltrain Station

How did it occur (describe damage or loss): Claimant was verbally assaulted by a Caltrain employee while waiting for the #151 train from San Mateo to San Francisco to board the train. Claimant was then forced to detrain the #151. Claimant then attempted to board the next train, the #253, but was physically blocked from doing so by other Caltrain employees. Deputies Zuno and Lopez of the San Mateo Sheriff's Department then arrived. Deputy Lopez came from behind and grabbed claimant in a "bear hug" hold. Deputy Zuno demanded that claimant drop to the ground, but claimant was unable to immediately do so because he had a bicycle and because Deputy Zuno was too close in front of claimant. Claimant then threw his bicycle to the side and dropped to one knee. Deputy Lopez then handcuffed claimant while Deputy Zuno kicked claimant in the chest/ribs several times. Claimant was wrongfully arrested, charged with six criminal counts including assault with a deadly weapon. Claimant was then detained for 17 days before the Court dismissed such charges based upon the uncontroverted evidence of a video of the entire incident, which clearly exonerated claimant of all matters except a minor disturbing the peace infraction. Claimant was physically assaulted, wrongly arrested and falsely detained for 17 days due to the unlawful act of San Mateo County employees

Name of Public Employee(s) causing injury, damage or loss (if known):
Deputy Salvador Zuno
Deputy Victor Lopez
San Mateo County Sheriff's Dept.

Itemization of claim: (List items totaling the amount above):

Unknown at this time                                   $_____

                                                       $_____

                                                       $_____

                                                TOTAL  $_____

I declare under penalty of perjury that the foregoing is true and correct.

Dated at San Francisco, California, on January 10, 2007

Signature of Claimant: [signature], MEIS & ASSOCIATES

Return to: CLAIMS, Board of Supervisors, 400 County Center, Redwood City, CA 94063

G06-041