IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALATI,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>        Defendants.<br>                                        / | No. C 07-04035 CW<br><br>CLERK'S NOTICE<br>TAKING MOTION UNDER<br>SUBMISSION |

       Notice is hereby given that the Court, on its own motion, shall take Defendants County of San Mateo, Greg Munks, Don Horsley, Salvador Zuno and Victor Lopez's Motion for Summary Judgment and/or Summary Adjudication under submission on the papers.  The hearing scheduled for February 21, 2008, is vacated, and if the Court decides a hearing is necessary, a hearing will be set at a later date.  **The previous briefing schedule remains in effect.**

Dated:  February 6, 2008

                                                            *Sheilah Cahill*
                                                            SHEILAH CAHILL
                                                            Deputy Clerk