MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4989
Facsimile: (650) 363-4034
E-mail: ewhitlock@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO and VICTOR LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALATI,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT, GREG MUNKS individually and in his official capacities as Sheriff for the COUNTY OF SAN MATEO, DON HORSLEY individually and in his former official capacities as Sheriff of the COUNTY OF SAN MATEO; SALVADOR ZUNO, individually and in his official capacities as a Sheriff's Deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as Sheriff's Deputy for the COUNTY OF SAN MATEO and DOES 1 to 100, inclusive.<br><br>　　　　　Defendants. | Case No. CV 07-04035 CW<br><br>**SECOND DECLARATION OF EUGENE WHITLOCK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, EUGENE WHITLOCK, declare:

1. I am employed as a Deputy County Counsel with the County of San Mateo and represent the Defendants in this matter.

2. In September 2007, I forwarded to Plaintiff's counsel a copy of the police report and other materials related to Plaintiff's arrest. This report included statements from the police officers and

Case No. CV 07-04035 CW
SECOND DECLARATION OF EUGENE WHITLOCK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

witnesses, and contact information for each of the witnesses.

3. On January 2, 2008, I wrote to Plaintiff's counsel to inquire if a February 21, 2008 date would be acceptable and on January 3, Plaintiff's counsel agreed to the date. *See* Exhibit A (copy of email correspondence).

4. Attached hereto as Exhibit B is a true and correct copy of a record of Plaintiff's convictions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 7, 2008

By: *[signature]*
Eugene Whitlock

L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Whitlock #2.doc

# EXHIBIT A

**Eugene Whitlock - Re: Galati - County's Motion for Summary Judgment**

---

**From:** "Leon Roubinian" <roubinian@gmail.com>
**To:** "Eugene Whitlock" <ewhitlock@co.sanmateo.ca.us>
**Date:** 1/3/2008 9:29 AM
**Subject:** Re: Galati - County's Motion for Summary Judgment

---

Eugene:

Feb. 21, 2008 does not present any conflicts.

Leon Roubinain


On 1/2/08, **Eugene Whitlock** <ewhitlock@co.sanmateo.ca.us> wrote:
> Hi Leon -
>
> The County intends to file a motion for summary judgment and we plan to set the hearing for Thursday, February 21, 2008 at 2pm. Please let me know if this date presents a conflict for you.
>
> Eugene Whitlock
> Deputy County Counsel
> 400 County Center, 6th Floor
> Redwood City, CA 94063
> Tel:  650-363-4989
> Fax:  650-363-4034
> ewhitlock@co.sanmateo.ca.us

# EXHIBIT B

```
SAN MATEO              DISPLAY CHARGES AND DISPOSITIONS               02/07/08
  C J I S                                                              09:28
*******************************************************************************
END OF DATA                                                          PAGE 01
CASE: NF359160 A   DEF: GALATI, MICHAEL DANIEL
******************** CHARGES, PLEAS AND DISPOSITIONS ********************
CNT    ALG                              LATEST                        DISPOS
NO.    NO.  CODE/SECTION         T      PLEA    ----DISPOSITION----    DATE
001         PC  245(A)(1)        F       NG     DISM - INSUFF. CAUSE 07/25/06
              ASSAULT W/DEADLY WEAPON OTHER THAN FIREARM OR GBI FORCE
       01   PC  1192.7(C)(23)    E               STRICKEN
              SERIOUS FELONY, ATTEMPT TO COMMIT FELONY
002         PC  148(A)(1)        M       NG     DISM - NEGOT PLEA    08/03/06
              OBSTRUCTS/RESISTS PUBLIC OFFICER
003         PC  243(B)           M       NG     DISM - NEGOT PLEA    08/03/06
              BATTERY ON PEACE OFFICER/EMERGENCY PERSONNEL/ETC
004         PC  243(B)           M       NG     DISM - NEGOT PLEA    08/03/06
              BATTERY ON PEACE OFFICER/EMERGENCY PERSONNEL/ETC
005         PC  415(2)           I       G      PLED GUILTY          08/03/06
              DISTURB ANOTHER/LOUD AND UNREASONABLE NOISE


NEXT FUNCTION: _____   CURR FUNCTION: CTDSP    ID: J24144-J241441   PF1=HELP
```

```
SAN MATEO                DISPLAY CHARGES AND DISPOSITIONS            02/07/08
   C J I S                                                              09:30
*******************************************************************************
END OF DATA                                                           PAGE 01
CASE: NM349531 A   DEF: GALATI, MICHAEL DANIEL
******************** CHARGES, PLEAS AND DISPOSITIONS ********************
CNT    ALG                                LATEST                        DISPOS
NO.    NO. CODE/SECTION            T      PLEA    ----DISPOSITION----   DATE
001        PC  148(A)(1)           M      NOL     PLED NOLO CONTENDERE  07/05/05
           OBSTRUCTS/RESISTS PUBLIC OFFICER




NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24144-J241441   PF1=HELP
```

```
SAN MATEO              DISPLAY CHARGES AND DISPOSITIONS              02/07/08
   C J I S                                                              09:32
*******************************************************************************
END OF DATA                                                          PAGE 01
CASE: NF348901 A   DEF: GALATI, MICHAEL D
******************** CHARGES, PLEAS AND DISPOSITIONS ********************
CNT    ALG                                LATEST                      DISPOS
NO.    NO.  CODE/SECTION        T         PLEA    ----DISPOSITION----  DATE
001         PC   245(A)(1)      F         NG      DISM - NEGOT PLEA   07/05/05
              ASSAULT W/DEADLY WEAPON OTHER THAN FIREARM OR GBI FORCE
       01   PC   12022.7(A)     E                 DENIED
              INFLICTION OF GREAT BODILY INJURY
002         PC   243(D)         F         NG      DISM - NEGOT PLEA   07/05/05
              BATTERY W/SERIOUS BODILY INJURY
003         PC   140            F         NG      DISM - INSUFF. CAUSE 07/05/05
              THREATEN WITNESS/VICTIM OF CRIME
004         PC   242            M         NG      DISM - NEGOT PLEA   07/05/05
              BATTERY
005         PC   594(B)(2)(A)   M         NG      DISM - NEGOT PLEA   07/05/05
              VANDALISM UNDER $400
006         PC   242            M         NOL     PLED NOLO CONTENDERE 07/05/05
              BATTERY

NEXT FUNCTION: _____    CURR FUNCTION: CTDSP    ID: J24144-J241441   PF1=HELP
```

```
SAN MATEO                DISPLAY CHARGES AND DISPOSITIONS              02/07/08
   C J I S                                                                09:48
*******************************************************************************
END OF DATA                                                            PAGE 01
CASE: NM341265 A   DEF: GALATI, MICHAEL DANIEL
*******************  CHARGES, PLEAS AND DISPOSITIONS  *********************
CNT    ALG                                LATEST                        DISPOS
NO.    NO. CODE/SECTION           T       PLEA     ----DISPOSITION----   DATE
001        PC  594(B)(2)(A)       M       NG       DISM - NEGOT PLEA    12/03/04
           VANDALISM UNDER $400
002        PC  415(1)             M       G        PLED GUILTY          12/03/04
           FIGHT/CHALLENGE FIGHT PUBLIC PLACE




NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24144-J241441   PF1=HELP
```

```
SAN MATEO              DISPLAY CHARGES AND DISPOSITIONS              02/07/08
   C J I S                                                              09:35
*******************************************************************************
END OF DATA                                                          PAGE 01
CASE: NM333013 A   DEF: GALATI, MICHAEL DANIEL
******************** CHARGES, PLEAS AND DISPOSITIONS ********************
CNT    ALG                                  LATEST                    DISPOS
NO.    NO.  CODE/SECTION            T        PLEA    ----DISPOSITION----  DATE
001         PC  166(A)(4)           M        NOL     PLED NOLO CONTENDERE 10/30/03
             CONTEMPT OF COURT:DISOBEY COURT ORDER/PROCESS




NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24144-J241441   PF1=HELP
```

```
SAN MATEO              DISPLAY CHARGES AND DISPOSITIONS              02/07/08
   C J I S                                                              09:36
*******************************************************************************
END OF DATA                                                            PAGE 01
CASE: NM309152 A  DEF: GALATI, MICHAEL DANIEL
******************* CHARGES, PLEAS AND DISPOSITIONS *********************
CNT     ALG                              LATEST                        DISPOS
NO.     NO. CODE/SECTION           T     PLEA    ----DISPOSITION----    DATE
001         PC  245(A)(1)>GBI      M     NG      DISM - NEGOT PLEA    01/25/01
                ASSAULT W/FORCE LIKELY TO PRODUCE GBI
        01  PC  17                       Q
                FILED AS A MISDEMEANOR PURSUANT TO PENAL CODE SECTION 17
002         PC  242                M     NOL     PLED NOLO CONTENDERE 01/25/01
                BATTERY
003         PC  602.5              M     NG      DISM - NEGOT PLEA    01/25/01
                ENTER/ETC NONCOMMERCIAL DWELLING
004         PC  273A(B)>ENDANGER   M     NG      DISM - NEGOT PLEA    01/25/01
                CRUELTY TO CHILD BY ENDANGERING HEALTH
005         PC  148(A)(1)          M     NOL     PLED NOLO CONTENDERE 01/25/01
                OBSTRUCTS/RESISTS PUBLIC OFFICER


NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24144-J241441    PF1=HELP
```

```
SAN MATEO              DISPLAY CHARGES AND DISPOSITIONS              02/07/08
   C J I S                                                              09:39
*******************************************************************************
END OF DATA                                                          PAGE 01
CASE: NF290389 A   DEF: GALATI, MICHAEL D
******************** CHARGES, PLEAS AND DISPOSITIONS ********************
CNT    ALG                                 LATEST                       DISPOS
NO.    NO. CODE/SECTION           T         PLEA    ----DISPOSITION----   DATE
001        PC  207(A)             F         NG      HELD TO ANSWER       02/03/99
              KIDNAPPING
002        PC  245(A)(1)>GBI      F         NG      HELD TO ANSWER       02/03/99
              ASSAULT W/FORCE LIKELY TO PRODUCE GBI
003        VC  10851(A)           F         NG      HELD TO ANSWER       02/03/99
              TAKE VEHICLE W/O OWNER'S CONSENT
004        PC  666                F         NG      HELD TO ANSWER       02/03/99
              PETTY THEFT W/PRIOR JAIL TERM FOR THEFT/BURGLARY/ROBBERY




NEXT FUNCTION: _____   CURR FUNCTION: CTDSP    ID: J24144-J241441   PF1=HELP
```

```
SAN MATEO                DISPLAY CHARGES AND DISPOSITIONS              02/07/08
   C J I S                                                                09:40
*******************************************************************************
END OF DATA                                                            PAGE 01
CASE: NM284317 A  DEF: GALATI, MICHAEL DANIEL
******************** CHARGES, PLEAS AND DISPOSITIONS ********************
CNT     ALG                            LATEST                          DISPOS
NO.     NO.  CODE/SECTION         T    PLEA    ----DISPOSITION----     DATE
001          PC  148(A)(1)        M    NOL     PLED NOLO CONTENDERE   05/28/98
                OBSTRUCTS/RESISTS PUBLIC OFFICER
002          PC  69               M    NG      DISM - NEGOT PLEA      05/28/98
                OBSTRUCT/RESIST EXECUTIVE OFFICER
        01   PC  17                    Q
                FILED AS A MISDEMEANOR PURSUANT TO PENAL CODE SECTION 17




    NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24144-J241441   PF1=HELP
```

```
SAN MATEO                DISPLAY CHARGES AND DISPOSITIONS              02/07/08
   C J I S                                                                09:42
********************************************************************************
END OF DATA                                                             PAGE 01
CASE: NF235425 A  DEF: GALATI, MICHAEL DAVIES
******************** CHARGES, PLEAS AND DISPOSITIONS ********************
CNT    ALG                                LATEST                        DISPOS
NO.    NO. CODE/SECTION          T         PLEA    ----DISPOSITION----   DATE
001        PC  496(A)            F         NG      HELD TO ANSWER       06/23/93
           RECEIVE/ETC KNOWN STOLEN PROPERTY
002        PC  460(B)>COM        F         NG      HELD TO ANSWER       06/23/93
           COMMERCIAL BURGLARY
003        PC  484F(1)           F         NG      HELD TO ANSWER       06/23/93
           FORGE ACCESS CARD TO DEFRAUD
004        PC  666               F         NG      HELD TO ANSWER       06/23/93
           PETTY THEFT W/PRIOR JAIL TERM FOR THEFT/BURGLARY/ROBBERY




NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24144-J241441   PF1=HELP
```

```
SAN MATEO            DISPLAY CHARGES AND DISPOSITIONS                02/07/08
   C J I S                                                              09:43
************************************************************************
END OF DATA                                                         PAGE 01
CASE: SC031424 A  DEF: GALATI, MICHAEL DAVIES
******************* CHARGES, PLEAS AND DISPOSITIONS *********************
CNT     ALG                              LATEST                     DISPOS
NO.     NO.  CODE/SECTION         T      PLEA    ----DISPOSITION----  DATE
001          PC   496(A)          F      NG      DISM - NEGOT PLEA   08/31/93
             RECEIVE/ETC KNOWN STOLEN PROPERTY
002          PC   460(B)>COM      F      NOL     PLED NOLO CONTENDERE 08/31/93
             COMMERCIAL BURGLARY
003          PC   484F(1)         F      NG      DISM - NEGOT PLEA   08/31/93
             FORGE ACCESS CARD TO DEFRAUD
004          PC   666             F      NG      DISM - NEGOT PLEA   08/31/93
             PETTY THEFT W/PRIOR JAIL TERM FOR THEFT/BURGLARY/ROBBERY
        01   PC   667.5(B)        P              STRICKEN
             PRIOR PRISON TERM




NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24144-J241441   PF1=HELP
```

```
SAN MATEO              DISPLAY CHARGES AND DISPOSITIONS              02/07/08
  C J I S                                                              09:44
*******************************************************************************
END OF DATA                                                          PAGE 01
CASE: NM213154 A   DEF: GALATI, MICHAEL DANIEL
******************* CHARGES, PLEAS AND DISPOSITIONS *******************
CNT    ALG                           LATEST                          DISPOS
NO.    NO.  CODE/SECTION          T    PLEA    ----DISPOSITION----    DATE
001         VC  14601.1(A)        M            DISM-INTEREST JUSTIC 10/29/92
            DRIVE WHILE LICENSE SUSPENDED




    NEXT FUNCTION: _____  CURR FUNCTION: CTDSP    ID: J24144-J241441    PF1=HELP
```