1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Eugene Whitlock, Deputy (SBN 237797)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA 94063
   Telephone: (650) 363-4989
4  Facsimile: (650) 363-4034
   E-mail: ewhitlock@co.sanmateo.ca.us
5
   Attorneys for Defendants
6  COUNTY OF SAN MATEO, GREG MUNKS, DON
   HORSLEY, SALVADOR ZUNO and VICTOR
7  LOPEZ

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | MICHAEL GALATI,                          | Case No. CV 07-04035 CW
13 |         Plaintiffs,                       | SECOND DECLARATION OF MICHAELA
   |                                           | BANKS IN SUPPORT OF DEFENDANTS'
14 |    vs.                                    | MOTION FOR SUMMARY JUDGMENT
15 | COUNTY OF SAN MATEO; SAN MATEO
   | COUNTY SHERIFF'S DEPARTMENT, GREG
16 | MUNKS individually and in his official capacities as
   | Sheriff for the COUNTY OF SAN MATEO, DON
17 | HORSLEY individually and in his former official
   | capacities as Sheriff of the COUNTY OF SAN
18 | MATEO; SALVADOR ZUNO, individually and in
   | his official capacities as a Sheriff's Deputy for the
19 | COUNTY OF SAN MATEO; VICTOR LOPEZ
   | individually and in his official capacities as Sheriff's
20 | Deputy for the COUNTY OF SAN MATEO and
   | DOES 1 to 100, inclusive.
21
22 |         Defendants.

23
          I, Michaela Banks, declare:
24
          1.      I am a Medical Office Assistant for the County of San Mateo Jail, Maguire Correctional
25
   facility. In this position, I am responsible for overseeing the medical records of the inmates.
26
          2.      I have reviewed the medical records of the jail for Michael Galati relating to his July 11,
27
   2006 arrest and subsequent detention.
28

Case No. CV 07-04035 CW
SECOND DECLARATION OF MICHAELA BANKS IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

3. The jail retains a record of all inmate requests for medical assistance and if Mr. Galati had made such a request it would be in jail records.

4. There is no record that Mr. Galati made a request for medical assistance in connection with any alleged injury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 5, 2008

By: _____
Michaela Banks

L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Banks #2.doc

Case No. CV 07-04035 CW  2
SECOND DECLARATION OF MICHAELA BANKS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT