MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone:  (650) 363-4989
Facsimile:  (650) 363-4034
E-mail:  ewhitlock@co.sanmateo.ca.us

Attorneys for Defendants
COUNTY OF SAN MATEO, GREG MUNKS, DON
HORSLEY, SALVADOR ZUNO and VICTOR
LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALATI,<br><br>          Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT, GREG MUNKS individually and in his official capacities as Sheriff for the COUNTY OF SAN MATEO, DON HORSLEY individually and in his former official capacities as Sheriff of the COUNTY OF SAN MATEO; SALVADOR ZUNO, individually and in his official capacities as a Sheriff's Deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as Sheriff's Deputy for the COUNTY OF SAN MATEO and DOES 1 to 100, inclusive.<br><br>          Defendants. | Case No. CV 07-04035 CW<br><br>**DECLARATION OF DAVE TITUS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Dave Titus, declare:

1.    I am the Classification Sergeant for the County of San Mateo Jail, Maguire Correctional facility and my duties include the review and maintenance of grievances filed by inmates.

2.    The jail retains copies of all grievances filed by inmates.

3.    I have reviewed the grievance records of the jail for Michael Galati relating to his July 11,

1    2006 arrest and subsequent detention and did not find any grievances, medical-related or otherwise.

2         4.    Mr. Galati claims to have made two "inmate requests" for medical attention in connection

3    with an alleged injury to his rib cage.

4         5.    If an inmate fills out an inmate request form which is medical in nature, it is placed by

5    staff in a locked box on the pod and later picked up by medical staff.

6         6.    Based on the above, I have been unable to find any requests or grievances for medical

7    attention made by Mr. Galati.

8

9         I declare under penalty of perjury under the laws of the State of California that the foregoing is

10   true and correct.

11

12   Dated:  February 7, 2008

13

14   By: _____

15        Dave Titus

16

17

18   L:\LITIGATE\G_CASES\Galati\Pleadings\Declaration of Titus.doc

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVE TITUS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT