| | |
|---|---|
| 1 | FRED G. MEIS, ESQ., STATE BAR NO. 030712 |
| | LEON V. ROUBINIAN, ESQ., STATE BAR NO. 226893 |
| 2 | MEIS & ASSOCIATES |
| | 100 Bush Street, Suite 1800 |
| 3 | San Francisco, CA  94104-3920 |
| | Telephone:  (415) 981-4612 |
| 4 | Facsimile:  (415) 398-5060 |
| | Email:  fredgmeis@hotmail.com |
| 5 | |
| 6 | Attorneys for Plaintiff MICHAEL GALATI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT

MICHAEL GALATI,                                  )   Case No. C 07 4035
                                                 )
                    Plaintiff,                   )   **NOTICE OF SUBSTITUTION OF**
                                                 )   **ATTORNEY**
    v.                                           )
                                                 )
COUNTY OF SAN MATEO; SAN                         )
MATEO COUNTY SHERIFF'S                           )
DEPARTMENT; GREG MUNKS                           )
individually and in his official capacities      )
as sheriff for the COUNTY OF SAN                 )
MATEO; DON HORSLEY individually                  )
and in his former official capacities as         )
sheriff for the COUNTY OF SAN                    )
MATEO; SALVADOR ZUNO                             )
individually and in his official capacities      )
as a sheriff's deputy for the COUNTY             )
OF SAN MATEO; VICTOR LOPEZ                       )
individually and in his official capacities      )
as a sheriff's deputy for the COUNTY             )
OF SAN MATEO and DOES 1 to 100                   )
Inclusive,                                       )
                                                 )
                    Defendants.                  )
_____)

1  THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

2  Abigail M. Morris, an attorney previously responsible for handling the above-captioned
3  case, is no longer employed with Meis & Associates, counsel of record for plaintiff Veronica A.
4  Harrison. Accordingly, the Court is requested to remove her from the electronic mailing service
5  list. Ms. Morris's email address is abbym10@gmail.com.

6  Leon V. Roubinian is an attorney employed by Meis & Associates currently responsible for
7  handling the above-captioned matter. Accordingly, the Court is requested to add Mr. Roubinian to
8  the electronic mailing service list. Mr. Roubinian's email address is roubinian@gmail.com.

Respectfully submitted,

MEIS & ASSOCIATES

Dated: February 29, 2008          By:         /s/
                                        Leon V. Roubinian
                                        Attorneys for Plaintiff
                                        MICHAEL GALATI

NOTICE OF SUBSTITUTION OF ATTORNEY                                2