| | |
|---|---|
| 1 | FRED G. MEIS, ESQ., STATE BAR NO. 030712 |
|   | LEON V. ROUBINIAN, ESQ., STATE BAR NO. 226893 |
| 2 | MEIS & ASSOCIATES |
|   | 100 Bush Street, Suite 1800 |
| 3 | San Francisco, CA  94104-3920 |
|   | Telephone:  (415) 981-4612 |
| 4 | Facsimile:  (415) 398-5060 |
|   | Email:  fredgmeis@hotmail.com |
| 5 | |
| 6 | Attorneys for Plaintiff MICHAEL GALATI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT

| | | |
|---|---|---|
| MICHAEL GALATI, | ) | Case No. C 07 4035 |
|  | ) | |
| Plaintiff, | ) | **AMENDED NOTICE OF** |
|  | ) | **SUBSTITUTION OF ATTORNEY** |
| v. | ) | |
|  | ) | |
| COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT; GREG MUNKS individually and in his official capacities as sheriff for the COUNTY OF SAN MATEO; DON HORSLEY individually and in his former official capacities as sheriff for the COUNTY OF SAN MATEO; SALVADOR ZUNO individually and in his official capacities as a sheriff's deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as a sheriff's deputy for the COUNTY OF SAN MATEO and DOES 1 to 100 Inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

1   THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

2   Abigail M. Morris, an attorney previously responsible for handling the above-captioned case, is no longer employed with Meis & Associates, counsel of record for plaintiff Michael Galati. Accordingly, the Court is requested to remove her from the electronic mailing service list. Ms. Morris's email address is abbym10@gmail.com.

Leon V. Roubinian is an attorney employed by Meis & Associates currently responsible for handling the above-captioned matter. Accordingly, the Court is requested to add Mr. Roubinian to the electronic mailing service list. Mr. Roubinian's email address is roubinian@gmail.com.

Respectfully submitted,

MEIS & ASSOCIATES

Dated: March 3, 2008         By:         /s/
                                    Leon V. Roubinian
                                    Attorneys for Plaintiff
                                    MICHAEL GALATI

NOTICE OF SUBSTITUTION OF ATTORNEY