United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Galati,

          Plaintiff(s),

    v.

County of San Mateo,

          Defendant(s).

No. C 07-04035 CW MED

**Certification of ADR Session**

_**Instructions:** The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file._

1.   I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date)    3/6/08

2.   Did the case settle?      ☐ fully      ☐ partially    ☑ no

3.   If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☑ no

4.   **IS THIS ADR PROCESS COMPLETED?**      ☑ YES      ☐ NO

Dated:    4/21/08 _____

_____
Mediator, G. Scott Emblidge
Moscone, Emblidge & Quadra LLP
Mills Tower, Suite 2100
220 Montgomery St.
San Francisco, CA 94104

**Certification of ADR Session**
07-04035 CW MED