FRED G. MEIS, ESQ., STATE BAR NO. 030712
LEON V. ROUBINIAN, ESQ., STATE BAR NO. 226893
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA 94104-3920
Telephone: (415) 981-4612
Facsimile: (415) 398-5060
Email: fredgmeis@hotmail.com

Attorneys for Plaintiff MICHAEL GALATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALATI,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT; GREG MUNKS individually and in his official capacities as sheriff for the COUNTY OF SAN MATEO; DON HORSLEY individually and in his former official capacities as sheriff for the COUNTY OF SAN MATEO; SALVADOR ZUNO individually and in his official capacities as a sheriff's deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as a sheriff's deputy for the COUNTY OF SAN MATEO and DOES 1 to 100 Inclusive,<br><br>        Defendants. | Case No. CV 07 4035 CW<br><br>**PLAINTIFF MICHAEL GALATI'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>**DISCOVERY MATTER**<br><br>Date:   TBD<br>Time:   TBD<br>Dept.:   TBD<br>Judge:   Hon. Claudia Wilken |

1

TO DEFENDANTS COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO, and VICTOR LOPEZ, and THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON a date, time, and department to be determined by the above-titled Court, plaintiff MICHAEL GALATI will and hereby does move this Court for an order compelling defendants COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO, and VICTOR LOPEZ to produce all documents responsive to Plaintiff's Request for Production, Set One, Request Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 32, 33, and 45. Plaintiff also moves for an order pursuant to F.R.C.P. Rule 37(a)(5) awarding him reasonable attorney fees of $2,000 incurred in bringing this motion, to be imposed jointly and severally against DEFENDANTS COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO, and VICTOR LOPEZ, and their attorneys of record, SAN MATEO COUNTY COUNSEL.

This motion is made on the grounds that the documents requested are relevant to the subject matter of the action, plaintiff's claims and his allegations, and that defendants' refusal to produce the requested documents is without justification.

This motion will be based on this Notice of Motion and Motion, the *Memorandum of Points and Authorities in Support of Plaintiff Michael Galati's Motion to Compel Production of Documents* filed herewith, and the accompanying *Declaration of Leon Roubinian in Support of Plaintiff Michael Galati's Motion to Compel Production of Documents*.

Respectfully submitted,

MEIS & ASSOCIATES

DATED: April 24, 2008          BY: _____

LEON V. ROUBINIAN, Esq.
Attorneys for Plaintiff
MICHAEL GALATI