FRED G. MEIS, ESQ., STATE BAR NO. 030712
LEON V. ROUBINIAN, ESQ., STATE BAR NO. 226893
MEIS & ASSOCIATES
100 Bush Street, Suite 1800
San Francisco, CA 94104-3920
Telephone: (415) 981-4612
Facsimile: (415) 398-5060
Email: fredgmeis@hotmail.com

Attorneys for Plaintiff MICHAEL GALATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GALATI,<br><br>     Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPARTMENT; GREG MUNKS individually and in his official capacities as sheriff for the COUNTY OF SAN MATEO; DON HORSLEY individually and in his former official capacities as sheriff for the COUNTY OF SAN MATEO; SALVADOR ZUNO individually and in his official capacities as a sheriff's deputy for the COUNTY OF SAN MATEO; VICTOR LOPEZ individually and in his official capacities as a sheriff's deputy for the COUNTY OF SAN MATEO and DOES 1 to 100 Inclusive,<br><br>     Defendants. | Case No. CV 07 4035 CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MICHAEL GALATI'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

The parties appeared before the Court on _____, 2008 on Plaintiff Michael Galati's Motion to Compel Production of Documents. Having considered the briefs and arguments by counsel, and all other matters presented to the Court,

IT IS ORDERED that Plaintiff Michael Galati's Motion to Compel Production of Documents is GRANTED.

IT IS FURTHER ORDER that plaintiff Michael Galati is awarded reasonable attorney fees of $2,000 incurred in bringing this motion, to be imposed jointly and severally against DEFENDANTS COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO, and VICTOR LOPEZ, and their attorneys of record, SAN MATEO COUNTY COUNSEL.

IT IS SO ORDERED.

Dated:

_____
United States District Judge