**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICAHEL GALATI,

      Plaintiff,

  v.

COUNTY OF SAN MATEO, et al.,

      Defendants.

_____/

No. C 07-04035 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff Michael Galati's Motion to Compel Production of Documents and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.

    Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated:  4/28/08

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings; Assigned M/J w/mo.