LAW OFFICES OF
# MEIS & ASSOCIATES

FRED G. MEIS
QUINTON B. CUTLIP
JOSEPH J. POPPEN
LEON V. ROUBINIAN

SHELL BUILDING
100 BUSH STREET, SUITE 1800
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 981-4612

PAVEL KREPKIY
LEGAL ASSISTANT

FACSIMILE
(415) 398-5060

May 6, 2008

Hon. Joseph C. Spero
United States District Court
450 Golden Gate Avenue
15th Floor, Courtroom A
San Francisco, CA 94102

Re: *Galati v. County of San Mateo et al.*; Case No C-07-04035 CW (JCS)

Dear Judge Spero:

This letter concerns the Court's May 1, 2008 Order to Meet and Confer in the above-referenced case. Please be advised that the parties have resolved the discovery disputes set out in plaintiff's recent motion to compel, obviating the need to further meet and confer in person at the Courthouse. Thank you for your attention to this letter.

Dated:

Respectfully submitted,

MICHAEL P. MURPHY, COUNTY COUNSEL

By: _____
Eugene Whitlock, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO, GREG MUNKS, DON HORSLEY, SALVADOR ZUNO and VICTOR LOPEZ

Dated: May 6, 2008

Respectfully submitted,

MEIS & ASSOCIATES

By: _____
Leon V. Roubinian

Attorneys for Plaintiff
MICHAEL GALATI