1  FRED G. MEIS, ESQ., STATE BAR NO. 030712
   LEON V. ROUBINIAN, ESQ., STATE BAR NO. 226893
2  MEIS & ASSOCIATES
   100 Bush Street, Suite 1800
3  San Francisco, CA 94104-3920
   Telephone: (415) 981-4612
4  Facsimile: (415) 398-5060
   Email: fredgmeis@hotmail.com
5
6  Attorneys for Plaintiff MICHAEL GALATI
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11
12 MICHAEL GALATI,                           )  Case No. C 07 4035
                                             )
13              Plaintiff,                   )  **STIPULATION OF DISMISSAL**
                                             )
14    v.                                     )
                                             )
15                                           )
16 COUNTY OF SAN MATEO; SAN                  )
   MATEO COUNTY SHERIFF'S                    )
17 DEPARTMENT; GREG MUNKS                    )
   individually and in his official capacities )
18 as sheriff for the COUNTY OF SAN          )
   MATEO; DON HORSLEY individually           )
19 and in his former official capacities as  )
   sheriff for the COUNTY OF SAN             )
20 MATEO; SALVADOR ZUNO                      )
   individually and in his official capacities )
21 as a sheriff's deputy for the COUNTY      )
22 OF SAN MATEO; VICTOR LOPEZ                )
   individually and in his official capacities )
23 as a sheriff's deputy for the COUNTY      )
   OF SAN MATEO and DOES 1 to 100            )
24 Inclusive,                                )
25                                           )
              Defendants.                    )
26                                           )
27
28

---

STIPULATION OF DISMISSAL                                                                              1

1      IT IS HEREBY STIPULATED by and between the parties to this action through their

2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3  pursuant to FRCP 41(a)(1).

4

5  DATED: 6-16-08                     MEIS & ASSOCIATES

6

7                                     BY: /s/ Leon V. Roubinian

8                                     LEON V. ROUBINIAN, Esq.
                                       Attorneys for Plaintiff
9                                      MICHAEL GALATI

10

11 DATED:  5-30-08                    MICHAEL P. MURPHY, COUNTY COUNSEL

12

13                                    BY: /s/

14                                    EUGENE WHITLOCK, DEPUTY
                                       Attorneys for Defendants
15                                    COUNTY OF SAN MATEO, GREG
                                       MUNKS, DON HORSLEY, SALVADOR
16                                    ZUNO, and VICTOR LOPEZ

17

18

19

20

21

22

23

24

25

26

27

28